B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Campos, Eduardo Arriaga** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Campos, Esmeralda** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Eddie Campos** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Esmeralda Cuellar** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):    **9793** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):    **6398** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1113 N. 24th Ave.**<br>**Melrose Park, IL**<br>ZIPCODE **60160** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**1113 N. 24th Ave.**<br>**Melrose Park, IL**<br>ZIPCODE **60160** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br><br>**Chapter 15 Debtor**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by,<br>regarding, or against debtor is pending: | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other<br><br>**Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under<br>Title 26 of the United States Code (the<br>Internal Revenue Code). | ☑ Chapter 7     ☐ Chapter 15 Petition for<br>☐ Chapter 9         Recognition of a Foreign<br>☐ Chapter 11        Main Proceeding<br>☐ Chapter 12     ☐ Chapter 15 Petition for<br>☐ Chapter 13        Recognition of a Foreign<br>                        Nonmain Proceeding<br><br>**Nature of Debts**<br>(Check one box.)<br>☑ Debts are primarily consumer     ☐ Debts are primarily<br>   debts, defined in 11 U.S.C.          business debts.<br>   § 101(8) as "incurred by an<br>   individual primarily for a<br>   personal, family, or house-<br>   hold purpose." |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals<br>only). Must attach signed application for the court's<br>consideration certifying that the debtor is unable to pay fee<br>except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals<br>only). Must attach signed application for the court's<br>consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less<br>than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in<br>accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Campos, Eduardo Arriaga & Campos, Esmeralda** |
|---|---|

### All Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X  */s/ Michael A. Yashar*                    5/18/14<br>Signature of Attorney for Debtor(s)              Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)                                                                                                    Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **Campos, Eduardo Arriaga & Campos, Esmeralda** |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
| --- | --- |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Eduardo Campos**
Signature of Debtor                **Eduardo Campos**

X **/s/ Esmeralda Campos**
Signature of Joint Debtor                **Esmeralda Campos**

Telephone Number (If not represented by attorney)
**May 18, 2014**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Attorney***

X **/s/ Michael A. Yashar**
Signature of Attorney for Debtor(s)

**Michael A. Yashar
Yashar & Morgan, P.C.
829 N. Milwaukee Ave
Chicago, IL  60642
(312) 563-1208  Fax: (312) 563-1296
mikeyashar@yahoo.com**

**May 18, 2014**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

X _____
Signature

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                              Case No. _____

**Campos, Eduardo Arriaga**                                        Chapter **7** _____
Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**


Signature of Debtor: **/s/ Eduardo Campos** _____

Date: **May 18, 2014** _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
### Northern District of Illinois

IN RE:                                                          Case No. _____

**Campos, Esmeralda**                                          Chapter **7** _____

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**


Signature of Debtor: **/s/ Esmeralda Campos** _____

Date: **May 18, 2014** _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Official Form 6 - Summary) (12/13)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                    Case No. _____

**Campos, Eduardo Arriaga & Campos, Esmeralda**                          Chapter **7** _____
Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 2,664.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 18,439.80 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 47 | | $ 154,212.42 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 3 | | | $ 2,592.59 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 4 | | | $ 2,725.00 |
| TOTAL | | 64 | $ 2,664.00 | $ 172,652.22 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B 6 Summary (Official Form 6 - Summary) (12/13)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                  Case No. _____

**Campos, Eduardo Arriaga & Campos, Esmeralda**        Chapter **7** _____
<br>Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

        If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

        ☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| **TOTAL** | $ | **0.00** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 12) | $ | 2,592.59 |
| Average Expenses (from Schedule J, Line 22) | $ | 2,725.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 3,708.99 |

**State the following:**

| | | | | |
|---|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | | $ | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | 18,439.80 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | | $ | 0.00 |
| 4. Total from Schedule F | | | $ | 154,212.42 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | | $ | 154,212.42 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Campos, Eduardo Arriaga & Campos, Esmeralda**                           Case No. _____

    Debtor(s)                                                                              (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | **TOTAL** 0.00 | |

(Report also on Summary of Schedules)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Campos, Eduardo Arriaga & Campos, Esmeralda**    Case No. _____

_____Debtor(s)_____                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Cash on hand** | J | 27.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America checking account ending in 6321** | J | 150.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Dresser, kitchen table, chairs, television, two bedroom sets.** | J | 200.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Clothes for daily wear and use.** | J | 220.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) Cont.

**IN RE** Campos, Eduardo Arriaga & Campos, Esmeralda _____ Case No. _____
                                    Debtor(s)                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1995 Toyota Tercel** | **J** | **560.00** |
| | | **2000 Mercury Cougar** | **J** | **547.00** |
| | | **2001 Nissan Sentra** | **J** | **960.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Campos, Eduardo Arriaga & Campos, Esmeralda**
_____    Case No. _____
Debtor(s)                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **2,664.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/13)

IN RE Campos, Eduardo Arriaga & Campos, Esmeralda _____ Case No. _____
            Debtor(s)                                                        (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:                 ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)
   ☐ 11 U.S.C. § 522(b)(2)
   ☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash on hand** | **735 ILCS 5 §12-1001(b)** | **27.00** | **27.00** |
| **Bank of America checking account ending in 6321** | **735 ILCS 5 §12-1001(b)** | **150.00** | **150.00** |
| **Dresser, kitchen table, chairs, television, two bedroom sets.** | **735 ILCS 5 §12-1001(b)** | **200.00** | **200.00** |
| **Clothes for daily wear and use.** | **735 ILCS 5 §12-1001(a)** | **220.00** | **220.00** |
| **1995 Toyota Tercel** | **735 ILCS 5 §12-1001(c)** | **560.00** | **560.00** |
| **2000 Mercury Cougar** | **735 ILCS 5 §12-1001(c)** | **547.00** | **547.00** |
| **2001 Nissan Sentra** | **735 ILCS 5 §12-1001(c)** | **960.00** | **960.00** |

*Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE Campos, Eduardo Arriaga & Campos, Esmeralda     Case No. _____
      Debtor(s)                   (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **42171822900600**<br><br>**Navy Federal Cr Union**<br>**820 Follin Lane**<br>**Vienna, VA 22180** | | H | **INSTALLMENT ACCOUNT OPENED 3/1999**<br><br>VALUE $ | | | | 0.00 | |
| ACCOUNT NO. **4330003819426**<br><br>**Pnc Mortgage**<br>**3232 Newark Dr**<br>**Miamisburg, OH 45342** | | H | **MORTGAGE ACCOUNT OPENED 1/2005**<br><br>VALUE $ | | | | 0.00 | |
| ACCOUNT NO. **4334449929**<br><br>**Pnc Mortgage**<br>**3232 Newark Dr**<br>**Miamisburg, OH 45342** | | H | **MORTGAGE ACCOUNT OPENED 12/2005**<br><br>VALUE $ | | | | 0.00 | |
| ACCOUNT NO. **7080225551092**<br><br>**Wells Fargo Hm Mortgag**<br>**8480 Stagecoach Cir**<br>**Frederick, MD 21701** | | H | **MORTGAGE ACCOUNT OPENED 9/2003**<br><br>VALUE $ | | | | 0.00 | |

**0** continuation sheets attached

|  | | |
|---|---|---|
| Subtotal (Total of this page) | $ | $ |
| Total (Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13)

IN RE Campos, Eduardo Arriaga & Campos, Esmeralda                    Case No. _____
_____
Debtor(s)                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE  Campos, Eduardo Arriaga & Campos, Esmeralda
_____   Case No. _____
          Debtor(s)                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

_____
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>COOK COUNTY, ILLINOIS - 1ST MUNICIPAL D1 | | | JUDGMENT ACCOUNT OPENED 0/ | | | | 1,385.38 | 1,385.38 | |
| ACCOUNT NO.<br>COOK COUNTY, ILLINOIS - 1ST MUNICIPAL D1 | | | JUDGMENT ACCOUNT OPENED 0/ | | | | 1,078.42 | 1,078.42 | |
| ACCOUNT NO.<br>COOK LAW MAGISTRATE - CHICAGO | | | CIVIL JUDGMENT ACCOUNT OPENED 0/ | | | | 1,386.00 | 1,386.00 | |
| ACCOUNT NO.<br>COOK LAW MAGISTRATE - CHICAGO | | | CIVIL JUDGMENT ACCOUNT OPENED 0/ | | | | 6,756.00 | 6,756.00 | |
| ACCOUNT NO.<br>COOK LAW MAGISTRATE - CHICAGO | | | CIVIL JUDGMENT ACCOUNT OPENED 0/ | | | | 1,078.00 | 1,078.00 | |
| ACCOUNT NO.<br>COOK LAW MAGISTRATE- | | | JUDGMENT ACCOUNT OPENED 0/ | | | | 6,756.00 | 6,756.00 | |

Sheet no. **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)   $ **18,439.80**   $ **18,439.80**   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $ **18,439.80**

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $ **18,439.80**   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Campos, Eduardo Arriaga & Campos, Esmeralda**                    Case No. _____
_____
Debtor(s)                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **001 20800**<br><br>**Acute Care Specialists**<br>**75 Remittance Dr. Ste 1583**<br>**Chicago, IL  60675-1583** | | J | **Medical services provided for Esmeralda Campos.** | | | | **426.00** |
| ACCOUNT NO. **2154687**<br><br>**Adventist GlenOaks Hospital**<br>**75 Remittance Dr. Ste 3125**<br>**Chicago, IL  60675** | | J | **Medical services provided for Christopher Campos.** | | | | **192.94** |
| ACCOUNT NO.<br><br>**Aesthetic Dental LLC**<br>**183 Bloomingdale Rd. Suite 102**<br>**Bloomingdale, IL  60108** | | J | **Dental services provided for Jocelyn Berrios.** | | | | **140.00** |
| ACCOUNT NO. **K1990101661-KIDE**<br><br>**All Kids And Family Care**<br>**PO Box 19122**<br>**Springfield, IL  62794-9122** | | J | **Medical coverage for Jocelyn Berrios and Christopher Campos.** | | | | **240.00** |

**46** continuation sheets attached

Subtotal
(Total of this page)  $  **998.94**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Campos, Eduardo Arriaga & Campos, Esmeralda** _____ Case No. _____
_____
Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **21341337**<br>**Ambit**<br>**1801 N. Lamar St. Suite 200**<br>**Dallas, TX 75202** | | J | **Electrical services.** | | | | **32.26** |
| ACCOUNT NO.<br>**Alliance One Receivables Management, Inc**<br>**4850 Street Rd, Suite 300**<br>**Trevose, PA 19053** | | | **Assignee or other notification for:**<br>**Ambit** | | | | |
| ACCOUNT NO. **0000000129**<br>**American Tiger Karate Academy**<br>**9 Woodcrest Lane**<br>**Elk Grove Village, IL 60007** | | J | **Fees for returned check.** | | | | **21.93** |
| ACCOUNT NO. **4975**<br>**Americash Loans**<br>**Americash Loans LLC**<br>**1590 N. Rand Rd #G**<br>**Palatine, IL 60067** | | W | **Payday loan to Esmeralda Campos** | | | | **1,300.00** |
| ACCOUNT NO.<br>**Ameritech**<br>**2000 West Ameritech Center Drive**<br>**Hoffman Estates, IL 60192** | | W | **Telephone services.** | | | | **225.55** |
| ACCOUNT NO.<br>**Payco General American Credits, Inc.**<br>**1375 E. Woodfield Ste 110**<br>**Schaumburg, IL 60173** | | | **Assignee or other notification for:**<br>**Ameritech** | | | | |
| ACCOUNT NO.<br>**Anesthesia 1-2-3 P.C.**<br>**PO Box 570**<br>**Lake Forest, IL 60045** | | J | **Medical services provided for Esmeralda Cuellar.** | | | | **390.00** |

Sheet no. _____ **1** of _____ **46** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal   $ **1,969.74**
(Total of this page)

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) (Cont.)

IN RE **Campos, Eduardo Arriaga & Campos, Esmeralda**                Case No. _____
            Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5856373029264152**<br><br>**Ann Taylor / World Financial N**<br>**Po Box 1630**<br>**Warren, MI  48090** | | W | **Various and miscellaneous consumer purchases.**<br>**OPENED 12/2009** | | | | **1,448.00** |
| ACCOUNT NO.<br><br>**Asset Acceptance Llc**<br>**Po Box 1630**<br>**Warren, MI  48090** | | | **Assignee or other notification for:**<br>**Ann Taylor / World Financial N** | | | | |
| ACCOUNT NO.<br><br>**World Financial Network Bank**<br>**Recovery Department**<br>**PO Box 182125**<br>**Columbus, OH  43218-2125** | | | **Assignee or other notification for:**<br>**Ann Taylor / World Financial N** | | | | |
| ACCOUNT NO.<br><br>**Asset Recovery Solutions. LLC**<br>**2200 E. Devon Ave., Suite 200**<br>**Des Plaines, IL  60018** | | | **Assignee or other notification for:**<br>**Ann Taylor / World Financial N** | | | | |
| ACCOUNT NO.<br><br>**Monarch Recovery Management, Inc.**<br>**10965 Decatur Road**<br>**Philadelphia, PA  19154-3210** | | | **Assignee or other notification for:**<br>**Ann Taylor / World Financial N** | | | | |
| ACCOUNT NO.<br><br>**Chase Receivables**<br>**1247 Broadway**<br>**Sonoma, CA  95476** | | | **Assignee or other notification for:**<br>**Ann Taylor / World Financial N** | | | | |
| ACCOUNT NO. **23202245730**<br><br>**AT&T**<br>**208 South Akard Street**<br>**Dallas, TX  75202** | | J | **Cell phone services.** | | | | **1,186.15** |

Sheet no. **2** of **46** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $  **2,634.15**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) (Cont.)

IN RE **Campos, Eduardo Arriaga & Campos, Esmeralda**                          Case No. _____
              Debtor(s)                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Nationwide Recovery Systems**<br>**PO Box 702257**<br>**Dallas, TX  75730-2257** | | | **Assignee or other notification for:**<br>**AT&T** | | | | |
| ACCOUNT NO.<br>**SouthwestCredit**<br>**4120 International Pkwy, Suite 1100**<br>**Carrolton, TX  75007-1958** | | | **Assignee or other notification for:**<br>**AT&T** | | | | |
| ACCOUNT NO.<br>**Bureau Of Collection Recovery**<br>**7575 Corporate Way**<br>**Eden Prairie, MN  55344** | | | **Assignee or other notification for:**<br>**AT&T** | | | | |
| ACCOUNT NO.<br>**Enhanced Recovery Company, Llc**<br>**8014 Bayberry Rd.**<br>**Jacksonville, FL  32256-7412** | | | **Assignee or other notification for:**<br>**AT&T** | | | | |
| ACCOUNT NO.<br>**Afni, Inc.**<br>**1310 Martin Luther King Drive**<br>**Bloomington, IL  61707** | | | **Assignee or other notification for:**<br>**AT&T** | | | | |
| ACCOUNT NO. **70878817366491**<br>**AT&T**<br>**208 South Akard Street**<br>**Dallas, TX  75202** | | J | **Telephone services.** | | | | **509.12** |
| ACCOUNT NO.<br>**Omnium Worldwide Inc.**<br>**7171 Mercy Road**<br>**Omaha, NE  68106** | | | **Assignee or other notification for:**<br>**AT&T** | | | | |

Sheet no. ___**3**___ of ___**46**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **509.12**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) (Cont.)

IN RE **Campos, Eduardo Arriaga & Campos, Esmeralda**                    Case No. _____
_____
Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**West Asset Management**<br>**PO Box 2348**<br>**Sherman, TX  75091-2348** | | | **Assignee or other notification for:**<br>**AT&T** | | | | |
| ACCOUNT NO.<br>**Bay Area Credit Service**<br>**1000 Abernathy Road NE, Suite 195**<br>**Atlanta, GA  30328** | | | **Assignee or other notification for:**<br>**AT&T** | | | | |
| ACCOUNT NO.<br>**NCO Financial Systems**<br>**507 Prudential Road**<br>**Horsham, PA  19044** | | | **Assignee or other notification for:**<br>**AT&T** | | | | |
| ACCOUNT NO. **0042572088005**<br>**Ballys**<br>**PO Box 96241**<br>**Washington DC, WV  20090-6241** | | J | **Past due membership fees.** | | | | **1,085.02** |
| ACCOUNT NO.<br>**Financial Credit LLC**<br>**PO Box 9064**<br>**Brandon, FL  33509-9064** | | | **Assignee or other notification for:**<br>**Ballys** | | | | |
| ACCOUNT NO.<br>**Financial Credit LLC**<br>**PO Box 9064**<br>**Brandon, FL  33509-9064** | | | **Assignee or other notification for:**<br>**Ballys** | | | | |
| ACCOUNT NO. **5490-3534-0065-5253**<br>**Bank Of America**<br>**8875 Aero Dr**<br>**San Diego, CA  92123** | | W | **Various and miscellaneous consumer purchases.**<br>**OPENED 10/2010** | | | | **6,756.05** |

Sheet no. **4** of **46** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **7,841.07**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) (Cont.)

IN RE **Campos, Eduardo Arriaga & Campos, Esmeralda**   Case No. _____
_____
Debtor(s)                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Midland Funding**<br>**8875 Aero Dr**<br>**San Diego, CA  92123** | | | **Assignee or other notification for:**<br>**Bank Of America** | | | | |
| ACCOUNT NO.<br>**Associated Recovery Systems**<br>**PO Box 469046**<br>**Escondido, CA  92046-9046** | | | **Assignee or other notification for:**<br>**Bank Of America** | | | | |
| ACCOUNT NO.<br>**National Enterprise Systems**<br>**29125 Solon Road**<br>**Solon, OH  44139-3442** | | | **Assignee or other notification for:**<br>**Bank Of America** | | | | |
| ACCOUNT NO.<br>**Financial Recovery Services, Inc.**<br>**P.O. Box 385908**<br>**Minneapolis, MN  55438-5908** | | | **Assignee or other notification for:**<br>**Bank Of America** | | | | |
| ACCOUNT NO.<br>**NCO Financial Systems**<br>**507 Prudential Road**<br>**Horsham, PA  19044** | | | **Assignee or other notification for:**<br>**Bank Of America** | | | | |
| ACCOUNT NO.<br>**Midland Credit Management**<br>**8875 Aero Drive; Suite 200**<br>**San Diego, CA  92123** | | | **Assignee or other notification for:**<br>**Bank Of America** | | | | |
| ACCOUNT NO.<br>**Blitt And Gaines, P.C.**<br>**661 Glenn Ave.**<br>**Wheeling, IL  60090** | | | **Assignee or other notification for:**<br>**Bank Of America** | | | | |

Sheet no. **5** of **46** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) (Cont.)

IN RE Campos, Eduardo Arriaga & Campos, Esmeralda

Case No. _____

Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5490-3539-9991-0457**<br>**Bank Of America**<br>**Po Box 982235**<br>**El Paso, TX  79998** | | | **Various and miscellaneous consumer purchases.**<br>**OPENED 9/2005** | | | | **0.00** |
| ACCOUNT NO. **5140-2180-0268-9758**<br>**Barclays Bank Delaware**<br>**P.o. Box 8803**<br>**Wilmington, DE  19899** | | H | **Various and miscellaneous consumer purchases.**<br>**OPENED 7/2006** | | | | **1,869.45** |
| ACCOUNT NO.<br>**First Source Advantage**<br>**205 Bryant Woods South**<br>**Amherst, NY  14228** | | | **Assignee or other notification for:**<br>**Barclays Bank Delaware** | | | | |
| ACCOUNT NO.<br>**Collectcorp Corporation**<br>**455 North 3rd Street, Suite 260**<br>**Phoenix, AZ  85004-3924** | | | **Assignee or other notification for:**<br>**Barclays Bank Delaware** | | | | |
| ACCOUNT NO.<br>**Capital Management Services, LP**<br>**726 Exchange Street; Suite 700**<br>**Buffalo, NY  14210** | | | **Assignee or other notification for:**<br>**Barclays Bank Delaware** | | | | |
| ACCOUNT NO.<br>**Financial Recovery Services, Inc.**<br>**P.O. Box 385908**<br>**Minneapolis, MN  55438-5908** | | | **Assignee or other notification for:**<br>**Barclays Bank Delaware** | | | | |
| ACCOUNT NO.<br>**ARS National Services, Inc.**<br>**P.O. Box 463023**<br>**Escondido, CA  92046-3023** | | | **Assignee or other notification for:**<br>**Barclays Bank Delaware** | | | | |

Sheet no. **6** of **46** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   **1,869.45**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Campos, Eduardo Arriaga & Campos, Esmeralda                    Case No. _____
                                 Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Midland Funding LLC<br>PO Box 60578<br>Los Angeles, CA 90060-0578** | | | **Assignee or other notification for:<br>Barclays Bank Delaware** | | | | |
| ACCOUNT NO.<br>**Midland Credit Management<br>8875 Aero Drive; Suite 200<br>San Diego, CA 92123** | | | **Assignee or other notification for:<br>Barclays Bank Delaware** | | | | |
| ACCOUNT NO.<br>**Barclays Bank Delaware<br>8875 Aero Dr<br>San Diego, CA 92123** | | H | **Various and miscellaneous consumer purchases.<br>OPENED 12/2012** | | | | **1,988.00** |
| ACCOUNT NO.<br>**Midland Funding<br>8875 Aero Dr<br>San Diego, CA 92123** | | | **Assignee or other notification for:<br>Barclays Bank Delaware** | | | | |
| ACCOUNT NO. **5178-0526-6902-8769**<br>**Cap One<br>Po Box 85520<br>Richmond, VA 23285** | | H | **Various and miscellaneous consumer purchases.<br>OPENED 7/2006** | | | | **1,672.38** |
| ACCOUNT NO.<br>**Allied Interstate LLC<br>3000 Corporate Exchange Dr. 5th Floor<br>Columbus, OH 43231** | | | **Assignee or other notification for:<br>Cap One** | | | | |
| ACCOUNT NO.<br>**Nelson, Watson & Associates, LLC<br>80 Merrimack Street Lower Level<br>Haverhill, MA 01830** | | | **Assignee or other notification for:<br>Cap One** | | | | |

Sheet no. **7** of **46** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                  Subtotal
(Total of this page) $    **3,660.38**

                                  Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE Campos, Eduardo Arriaga & Campos, Esmeralda                           Case No. _____
_____
                    Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Blitt And Gaines, P.C. 661 Glenn Ave. Wheeling, IL  60090 | | | Assignee or other notification for: Cap One | | | | |
| ACCOUNT NO. BU1718801  Center For Family Medicine 3360 Lacrosse Lane Naperville, IL  60564 | | J | Medical services provided for Esmeralda Cuellar. | | | | 320.00 |
| ACCOUNT NO.  Harvard Collection Services, Inc. 4839 N. Elston Ave. Chicago, IL  60630 | | | Assignee or other notification for: Center For Family Medicine | | | | |
| ACCOUNT NO. I08 17456  Cepamerica Illinois LLP PO Box 582663 Modesto, CA  95358-0046 | | J | Medical services provided for Esmeralda Campos. | | | | 364.00 |
| ACCOUNT NO.  Stanislaus Credit Control Service, Inc 914 14th Street PO Box 480 Modesto, CA  95353 | | | Assignee or other notification for: Cepamerica Illinois LLP | | | | |
| ACCOUNT NO. 418586076023  Chase Bank One Card Serv Elgin, IL  60124 | | H | Various and miscellaneous consumer purchases. OPENED 6/2006 | | | | 0.00 |
| ACCOUNT NO. 1820000004818429  Chase - Cc Po Box 15298 Wilmington, DE  19850 | | H | Various and miscellaneous consumer purchases. OPENED 10/2005 | | | | 1,683.70 |

Sheet no. __8__ of __46__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $  2,367.70

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) (Cont.)

IN RE **Campos, Eduardo Arriaga & Campos, Esmeralda**                    Case No. _____
                        Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**American Coradius International LLC**<br>**2420 Sweet Jp,E Rpad. Siote 150**<br>**Amherst, NY  14228-2244** | | | **Assignee or other notification for:**<br>**Chase - Cc** | | | | |
| ACCOUNT NO.<br>**NCO Financial Systems**<br>**507 Prudential Road**<br>**Horsham, PA  19044** | | | **Assignee or other notification for:**<br>**Chase - Cc** | | | | |
| ACCOUNT NO.<br>**Capital Management Services, LP**<br>**726 Exchange Street; Suite 700**<br>**Buffalo, NY  14210** | | | **Assignee or other notification for:**<br>**Chase - Cc** | | | | |
| ACCOUNT NO.<br>**Financial Recovery Services, Inc.**<br>**P.O. Box 385908**<br>**Minneapolis, MN  55438-5908** | | | **Assignee or other notification for:**<br>**Chase - Cc** | | | | |
| ACCOUNT NO.<br>**Praxis Financial Solutions**<br>**7331 N. Lincoln Ave. Suite 8**<br>**Lincolnwood, IL  60712-1704** | | | **Assignee or other notification for:**<br>**Chase - Cc** | | | | |
| ACCOUNT NO.<br>**Midland Credit Management**<br>**8875 Aero Drive; Suite 200**<br>**San Diego, CA  92123** | | | **Assignee or other notification for:**<br>**Chase - Cc** | | | | |
| ACCOUNT NO.<br>**Chase Bank Usa  N.a.**<br>**8875 Aero Dr**<br>**San Diego, CA  92123** | | H | **Various and miscellaneous consumer purchases.**<br>**OPENED 7/2012** | | | | **2,137.00** |

Sheet no. ___**9**___ of ___**46**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **2,137.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) (Cont.)

IN RE **Campos, Eduardo Arriaga & Campos, Esmeralda**                Case No. _____
                                         Debtor(s)                                                                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Midland Funding**<br>**8875 Aero Dr**<br>**San Diego, CA  92123** | | | Assignee or other notification for:<br>**Chase Bank Usa  N.a.** | | | | |
| ACCOUNT NO.<br>**Stephen & Michaels Associates Inc**<br>**PO Box 109**<br>**Salem, NH  03079** | | | Assignee or other notification for:<br>**Chase Bank Usa  N.a.** | | | | |
| ACCOUNT NO.<br>**MSW Capital LLC**<br>**641 Lexington Ave. # 24**<br>**New York, NY  10022** | | | Assignee or other notification for:<br>**Chase Bank Usa  N.a.** | | | | |
| ACCOUNT NO. **5149-2253-7012-5324**<br>**Chase Na**<br>**Po Box 15298**<br>**Wilmington, DE  19850** | | H | **Various and miscellaneous consumer purchases.**<br>**OPENED 8/2004** | | | | **0.00** |
| ACCOUNT NO. **6011-6444-2623-8084**<br>**Chld/cbna**<br>**Po Box 6497**<br>**Sioux Falls, SD  57117** | | W | **Various and miscellaneous consumer purchases.**<br>**OPENED 9/2005** | | | | **0.00** |
| ACCOUNT NO.<br>**Citibank  South Dakota   N.a.**<br>**7322 Southwest Fwy Ste 1**<br>**Houston, TX  77074** | | H | **Various and miscellaneous consumer purchases.**<br>**OPENED 8/2009** | | | | **2,572.00** |
| ACCOUNT NO.<br>**Ltd Financial Svcs Lp**<br>**7322 Southwest Fwy Ste 1**<br>**Houston, TX  77074** | | | Assignee or other notification for:<br>**Citibank  South Dakota   N.a.** | | | | |

Sheet no. ___**10**___ of ___**46**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $     **2,572.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Campos, Eduardo Arriaga & Campos, Esmeralda     Case No. _____

Debtor(s)     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Citibank South Dakota N.a.** <br> **8875 Aero Dr** <br> **San Diego, CA 92123** | | H | **Various and miscellaneous consumer purchases.** <br> **OPENED 12/2011** | | | | **5,251.00** |
| ACCOUNT NO. <br> **Midland Funding** <br> **8875 Aero Dr** <br> **San Diego, CA 92123** | | | **Assignee or other notification for:** <br> **Citibank South Dakota N.a.** | | | | |
| ACCOUNT NO. **6072091228160179** <br> **Citifinancial** <br> **300 St. Paul Place** <br> **Baltimore, MD 21202** | | H | **Various and miscellaneous consumer purchases.** <br> **OPENED 5/2008** | | | | **7,264.00** |
| ACCOUNT NO. <br> **Richard A. Snow** <br> **Attorney At Law** <br> **123 W. Madison; #310** <br> **Chicago, IL 60602** | | | **Assignee or other notification for:** <br> **Citifinancial** | | | | |
| ACCOUNT NO. <br> **ER Solutions, Inc** <br> **10750 Hammerly Blvd # 200** <br> **Houston, TX 77043** | | | **Assignee or other notification for:** <br> **Citifinancial** | | | | |
| ACCOUNT NO. <br> **Portfolio Recovery Associates LLC** <br> **120 Corporate Blvd** <br> **Norfolk, VA 23502** | | | **Assignee or other notification for:** <br> **Citifinancial** | | | | |
| ACCOUNT NO. <br> **Convergent Outsourcing, Inc** <br> **10750 Hammerly Blvd#200** <br> **Houston, TX 77043** | | | **Assignee or other notification for:** <br> **Citifinancial** | | | | |

Sheet no. **11** of **46** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **12,515.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE **Campos, Eduardo Arriaga & Campos, Esmeralda**                          Case No. _____
            Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6071305536373977**<br>**Citifinancial**<br>**300 Saint Paul Pl**<br>**Baltimore, MD  21202** | | H | **Various and miscellaneous consumer purchases. OPENED 8/2006** | | | | **0.00** |
| ACCOUNT NO. **6032590322340604**<br>**Citifinancial Inc**<br>**287 Independence**<br>**Virginia Beach, VA  23462** | | H | **Various and miscellaneous consumer purchases. OPENED 0/** | | | | **3,425.00** |
| ACCOUNT NO.<br>**Portfolio Rc**<br>**287 Independence**<br>**Virginia Beach, VA  23462** | | | **Assignee or other notification for: Citifinancial Inc** | | | | |
| ACCOUNT NO.<br>**Creditors Financial Group LLC**<br>**PO Box 440290**<br>**Aurora, CO  80044-0290** | | | **Assignee or other notification for: Citifinancial Inc** | | | | |
| ACCOUNT NO.<br>**Portfolio Recovery Associates LLC**<br>**120 Corporate Blvd**<br>**Norfolk, VA  23502** | | | **Assignee or other notification for: Citifinancial Inc** | | | | |
| ACCOUNT NO. **00109281034**<br>**City Of Berwyn**<br>**6700 W. 26th Street**<br>**Berwyn, IL  60402** | | J | **Water and garbage collection service.** | | | | **2,178.47** |
| ACCOUNT NO. **8798201650756086**<br>**Comcast**<br>**13355 Noel Rd Ste 2100**<br>**Dallas, TX  75240** | | W | **Cable tv services OPENED 8/2008** | | | | **445.00** |

Sheet no. **12** of **46** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **6,048.47**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) (Cont.)

IN RE **Campos, Eduardo Arriaga & Campos, Esmeralda**                    Case No. _____
　　　　　　　　Debtor(s)                                                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Credit Protection Asso**<br>**13355 Noel Rd Ste 2100**<br>**Dallas, TX  75240** | | | Assignee or other notification for:<br>Comcast | | | | |
| ACCOUNT NO.<br>**Comcast Chicago Seconds - 2000**<br>**4200 International Pkwy**<br>**Carrollton, TX  75007** | | W | Various and miscellaneous consumer purchases. OPENED 11/2009 | | | | **425.00** |
| ACCOUNT NO.<br>**Credit Management Lp**<br>**4200 International Pkwy**<br>**Carrollton, TX  75007** | | | Assignee or other notification for:<br>Comcast Chicago Seconds - 2000 | | | | |
| ACCOUNT NO. **4086694031**<br>**Comed**<br>**10 S. Dearborn Street**<br>**Chicago, IL  60603** | | W | Past due balance on electric services. | | | | **73.79** |
| ACCOUNT NO.<br>**ER Solutions, Inc**<br>**10750 Hammerly Blvd # 200**<br>**Houston, TX  77043** | | | Assignee or other notification for:<br>Comed | | | | |
| ACCOUNT NO. **5235710081**<br>**Comed**<br>**10 S. Dearborn Street**<br>**Chicago, IL  60603** | | W | Electrical service. | | | | **762.09** |
| ACCOUNT NO. **14675**<br>**Diagnostic Radiology Specialists**<br>**Department Of Radiology**<br>**5145 N. California Ave.**<br>**Chicago, IL  60625** | | J | Medical services. | | | | **33.00** |

Sheet no. __**13**__ of __**46**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,293.88**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) (Cont.)

IN RE **Campos, Eduardo Arriaga & Campos, Esmeralda**                    Case No. _____
　　　　　　　　　　Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Diagnostic Radiology Specialists**<br>**P.O. Box 4271 Dept H**<br>**Carol Stream, IL  60197-4271** | | | Assignee or other notification for:<br>**Diagnostic Radiology Specialists** | | | | |
| ACCOUNT NO.<br>**DML USA**<br>**28 East Lake Street**<br>**Northlake, IL  60164** | | J | **Window installation.** | | | | **1,723.00** |
| ACCOUNT NO.<br>**Dominicks**<br>**333 Northwest Avenue**<br>**Northlake, IL  60164-1696** | | J | **Fees for returned check.** | | | | **69.96** |
| ACCOUNT NO. **4373436471220**<br>**Dsnb Macys**<br>**9111 Duke Blvd**<br>**Mason, OH  45040** | | W | **Various and miscellaneous consumer purchases. OPENED 2/2006** | | | | **1,719.00** |
| ACCOUNT NO.<br>**NCO Financial Systems**<br>**507 Prudential Road**<br>**Horsham, PA  19044** | | | Assignee or other notification for:<br>**Dsnb Macys** | | | | |
| ACCOUNT NO.<br>**Capital Management Services, LP**<br>**726 Exchange Street; Suite 700**<br>**Buffalo, NY  14210** | | | Assignee or other notification for:<br>**Dsnb Macys** | | | | |
| ACCOUNT NO.<br>**Associated Recovery Systems**<br>**PO Box 469046**<br>**Escondido, CA  92046-9046** | | | Assignee or other notification for:<br>**Dsnb Macys** | | | | |

Sheet no. **14** of **46** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,511.96**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) (Cont.)

**IN RE** Campos, Eduardo Arriaga & Campos, Esmeralda                    Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FMS Inc<br>PO Box 707601<br>Tulsa, OK  74170-7601 | | | Assignee or other notification for:<br>Dsnb Macys | | | | |
| ACCOUNT NO.<br><br>Fahey Medical Center, S.C.<br>581 Golf Road<br>Des Plaines, IL  60016 | | J | Medical services. | | | | 189.60 |
| ACCOUNT NO.<br><br>Medco Financial Associates, Inc.<br>PO Box 525<br>Gurnee, IL  60031 | | | Assignee or other notification for:<br>Fahey Medical Center, S.C. | | | | |
| ACCOUNT NO.<br><br>Ge Capital<br>Po Box 27288<br>Tempe, AZ  85285 | | H | Various and miscellaneous consumer purchases. OPENED 7/2013 | | | | 4,517.00 |
| ACCOUNT NO.<br><br>Cavalry Portfolio Serv<br>Po Box 27288<br>Tempe, AZ  85285 | | | Assignee or other notification for:<br>Ge Capital | | | | |
| ACCOUNT NO. 6018595522920053<br><br>GE Money Bank<br>Attn: Bankruptcy Dept.<br>PO Box 103104<br>Roswell, GA  30076 | | H | Various and miscellaneous consumer purchases. | | | | 1,016.79 |
| ACCOUNT NO.<br><br>NCO Financial Systems<br>507 Prudential Road<br>Horsham, PA  19044 | | | Assignee or other notification for:<br>GE Money Bank | | | | |

Sheet no. **15** of **46** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **5,723.39**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) (Cont.)

IN RE **Campos, Eduardo Arriaga & Campos, Esmeralda**                    Case No. _____
                     Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Penncro Associates Inc.**<br>**PO Box 538**<br>**Oak, PA 19456** | | | **Assignee or other notification for:**<br>**GE Money Bank** | | | | |
| ACCOUNT NO.<br>**Northland Group Inc.**<br>**P.O. Box 390846**<br>**Minneapolis, MN 55439** | | | **Assignee or other notification for:**<br>**GE Money Bank** | | | | |
| ACCOUNT NO. **6030090208238115**<br>**Gecrb/tweeter**<br>**C/o P.o. Box 965036**<br>**Orlando, FL 32896** | | H | **Various and miscellaneous consumer purchases.**<br>**OPENED 12/2005** | | | | **4,477.00** |
| ACCOUNT NO.<br>**Encore Receivable Management Inc.**<br>**400 N. Rogers Rd.**<br>**Olathe, KS 66063-3330** | | | **Assignee or other notification for:**<br>**Gecrb/tweeter** | | | | |
| ACCOUNT NO.<br>**GE Money Bank**<br>**PO Box 981127**<br>**EL Paso, TX 79998-1127** | | | **Assignee or other notification for:**<br>**Gecrb/tweeter** | | | | |
| ACCOUNT NO. **4279819678**<br>**Geico Casualty Company**<br>**One Geico Center**<br>**Macon, GA 31296-0001** | | J | **Past due balance on insurance policy.** | | | | **92.27** |
| ACCOUNT NO.<br>**Credit Collection Services**<br>**Two Wells Avenue**<br>**Newton, MA 02459** | | | **Assignee or other notification for:**<br>**Geico Casualty Company** | | | | |

Sheet no. **16** of **46** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,569.27**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Campos, Eduardo Arriaga & Campos, Esmeralda _____  Case No. _____
      Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>General Electric Capital Corpo<br>625 Pilot Road<br>Las Vegas, NV  89119 | | H | Various and miscellaneous consumer purchases.<br>OPENED 11/2008 | | | | 1,414.00 |
| ACCOUNT NO.<br>Lvnv Funding Llc<br>625 Pilot Road<br>Las Vegas, NV  89119 | | | Assignee or other notification for:<br>General Electric Capital Corpo | | | | |
| ACCOUNT NO.<br>General Electric Capital Corpo<br>625 Pilot Road<br>Las Vegas, NV  89119 | | W | Various and miscellaneous consumer purchases.<br>OPENED 8/2008 | | | | 909.00 |
| ACCOUNT NO.<br>Lvnv Funding Llc<br>625 Pilot Road<br>Las Vegas, NV  89119 | | | Assignee or other notification for:<br>General Electric Capital Corpo | | | | |
| ACCOUNT NO. 3340130-6<br>Hccredit/cit<br>Po Box 829<br>Springdale, AR  72765 | | W | Various and miscellaneous consumer purchases.<br>OPENED 11/2005 | | | | 3,425.25 |
| ACCOUNT NO.<br>HC Processing Center<br>Asset Recovery Dept<br>PO Box 829<br>Springdale, AR  72765-0829 | | | Assignee or other notification for:<br>Hccredit/cit | | | | |
| ACCOUNT NO. 4693<br>Homefirst Health Services<br>P.O. Box 59430<br>Chicago, IL  60659 | | J | Medical services . | | | | 204.20 |

Sheet no. __17__ of __46__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 5,952.45

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) (Cont.)

**IN RE** Campos, Eduardo Arriaga & Campos, Esmeralda _____ Case No. _____
            Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5406-3300-0610-7130** <br> **Hsbc Bank** <br> **Po Box 5253** <br> **Carol Stream, IL  60197** | | | **Various and miscellaneous consumer purchases.** <br> **OPENED 8/2002** | | | | **0.00** |
| ACCOUNT NO. **5499-4410-0963-4364** <br> **Hsbc Bank** <br> **Po Box 9** <br> **Buffalo, NY  14240** | | H | **Various and miscellaneous consumer purchases.** <br> **OPENED 7/2006** | | | | **0.00** |
| ACCOUNT NO. <br> **Accounts Receivable Management, Inc.** <br> **PO Box 129** <br> **Thorofare, NJ  08086-0129** | | | **Assignee or other notification for:** <br> **Hsbc Bank** | | | | |
| ACCOUNT NO. <br> **Portfolio Recovery Associates LLC** <br> **120 Corporate Blvd** <br> **Norfolk, VA  23541** | | | **Assignee or other notification for:** <br> **Hsbc Bank** | | | | |
| ACCOUNT NO. <br> **Hsbc Bank Nevada  N.a. Sony Fi** <br> **625 Pilot Road** <br> **Las Vegas, NV  89119** | | W | **Various and miscellaneous consumer purchases.** <br> **OPENED 8/2008** | | | | **7,290.00** |
| ACCOUNT NO. <br> **Lvnv Funding Llc** <br> **625 Pilot Road** <br> **Las Vegas, NV  89119** | | | **Assignee or other notification for:** <br> **Hsbc Bank Nevada  N.a. Sony Fi** | | | | |
| ACCOUNT NO. **2302897001324763** <br> **Hsbc Card Services Iii  Inc.** <br> **287 Independence** <br> **Virginia Beach, VA  23462** | | H | **Various and miscellaneous consumer purchases.** <br> **OPENED 3/2009** | | | | **707.00** |

Sheet no. ___**18**___ of ___**46**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **7,997.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE **Campos, Eduardo Arriaga & Campos, Esmeralda**                     Case No. _____
      _____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Portfolio Recovery Associates** <br> **287 Independence** <br> **Virginia Beach, VA  23462** | | | **Assignee or other notification for:** <br> **Hsbc Card Services Iii  Inc.** | | | | |
| ACCOUNT NO. <br> **Financial Recovery Services,K Inc.** <br> **P.O. Box 385908** <br> **Minneapolis, MN  55438-5908** | | | **Assignee or other notification for:** <br> **Hsbc Card Services Iii  Inc.** | | | | |
| ACCOUNT NO. <br> **Beneficial Tax Masters** <br> **8771 West 95th** <br> **Overland Park, KS  66212** | | | **Assignee or other notification for:** <br> **Hsbc Card Services Iii  Inc.** | | | | |
| ACCOUNT NO. <br> **Northland Group Inc.** <br> **P.O. Box 390846** <br> **Minneapolis, MN  55439** | | | **Assignee or other notification for:** <br> **Hsbc Card Services Iii  Inc.** | | | | |
| ACCOUNT NO. **7021271230442409** <br> **Hsbc/bsbuy** <br> **Po Box 9** <br> **Buffalo, NY  14240** | | H | **Various and miscellaneous consumer purchases.** <br> **OPENED 3/2005** | | | | **2,555.75** |
| ACCOUNT NO. <br> **First Source Advantage** <br> **205 Bryant Woods South** <br> **Amherst, NY  14228** | | | **Assignee or other notification for:** <br> **Hsbc/bsbuy** | | | | |
| ACCOUNT NO. <br> **Houston Funding II Ltd** <br> **2620 Fountainview #305** <br> **Houston, TX  77057** | | | **Assignee or other notification for:** <br> **Hsbc/bsbuy** | | | | |

Sheet no. __19__ of __46__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,555.75**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) (Cont.)

IN RE Campos, Eduardo Arriaga & Campos, Esmeralda _____   Case No. _____
                                        Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1009993901** <br> **Hsbc/carsn** <br> **Po Box 15524** <br> **Wilmington, DE  19850** | | H | **Various and miscellaneous consumer purchases. OPENED 4/1998** | | | | **0.00** |
| ACCOUNT NO. **8165440112** <br> **Hsbc/carsn** <br> **Po Box 15524** <br> **Wilmington, DE  19850** | | W | **Various and miscellaneous consumer purchases.** | | | | **1,123.87** |
| ACCOUNT NO. <br> **Arrow Financial Services** <br> **21031 Network Place** <br> **Chicago, IL  60678-1031** | | | **Assignee or other notification for:** <br> **Hsbc/carsn** | | | | |
| ACCOUNT NO. <br> **FMS Services** <br> **PO Box 681515** <br> **Schaumburg, IL  60168** | | | **Assignee or other notification for:** <br> **Hsbc/carsn** | | | | |
| ACCOUNT NO. <br> **Firstsource Advantage** <br> **PO Box 628** <br> **Buffalo, NY  14240-0628** | | | **Assignee or other notification for:** <br> **Hsbc/carsn** | | | | |
| ACCOUNT NO. <br> **Northland Group Inc.** <br> **P.O. Box 390846** <br> **Minneapolis, MN  55439** | | | **Assignee or other notification for:** <br> **Hsbc/carsn** | | | | |
| ACCOUNT NO. <br> **Capital Management Services, LP** <br> **726 Exchange Street; Suite 700** <br> **Buffalo, NY  14210** | | | **Assignee or other notification for:** <br> **Hsbc/carsn** | | | | |

Sheet no. **20** of **46** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,123.87**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Campos, Eduardo Arriaga & Campos, Esmeralda**                    Case No. _____
　　　　　　　　　Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2866310100894775** <br><br>**Hsbc/sony**<br>**PO Box 703**<br>**Wood Dale, IL  60191-0703** | | W | **Various and miscellaneous consumer purchases. OPENED 5/2006** | | | | **5,243.26** |
| ACCOUNT NO. <br><br>**Sherman Originator LLC**<br>**PO Box 10497**<br>**Greenville, SC  29603** | | | **Assignee or other notification for: Hsbc/sony** | | | | |
| ACCOUNT NO. <br><br>**NAFS**<br>**PO Box 90207**<br>**Williamsville, NY  14231-9027** | | | **Assignee or other notification for: Hsbc/sony** | | | | |
| ACCOUNT NO. <br><br>**Redline Recovery Services, LLC**<br>**11675 Rainwater Dr. Suite 350**<br>**Alpharetta, GA  30009-8693** | | | **Assignee or other notification for: Hsbc/sony** | | | | |
| ACCOUNT NO. <br><br>**Capital Management Services, LP**<br>**726 Exchange Street; Suite 700**<br>**Buffalo, NY  14210** | | | **Assignee or other notification for: Hsbc/sony** | | | | |
| ACCOUNT NO. <br><br>**Protocol Recovery Service Inc**<br>**509 Mercer Ave.**<br>**Panama City, FL  32401** | | | **Assignee or other notification for: Hsbc/sony** | | | | |
| ACCOUNT NO. <br><br>**Allied Interstate LLC**<br>**3000 Corporate Exchange Dr. 5th Floor**<br>**Columbus, OH  43231** | | | **Assignee or other notification for: Hsbc/sony** | | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. __**21**__ of __**46**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **5,243.26**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) (Cont.)

IN RE **Campos, Eduardo Arriaga & Campos, Esmeralda**                              Case No. _____
          Debtor(s)                                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Northland Group Inc.**<br>**P.O. Box 390846**<br>**Minneapolis, MN 55439** | | | Assignee or other notification for:<br>Hsbc/sony | | | | |
| ACCOUNT NO. **481287773-4**<br>**Illinois Masonic Medical Center**<br>**PO Box 92651**<br>**Chicago, IL 60675** | | J | Medical services provided for | | | | **54.00** |
| ACCOUNT NO.<br>**Harvard Collection Services, Inc.**<br>**4839 N. Elston Ave.**<br>**Chicago, IL 60630** | | | Assignee or other notification for:<br>Illinois Masonic Medical Center | | | | |
| ACCOUNT NO.<br>**Northern Credit Service, Inc**<br>**801 Davis Street Second Floor**<br>**Evanston, IL 60201** | | | Assignee or other notification for:<br>Illinois Masonic Medical Center | | | | |
| ACCOUNT NO.<br>**Computer Credit Inc**<br>**PO Box 5238**<br>**Winston-Salem, NC 27113-5238** | | | Assignee or other notification for:<br>Illinois Masonic Medical Center | | | | |
| ACCOUNT NO. **ILM 117049**<br>**Illinos Laboratory Medicine Associates,**<br>**PO Box 5966**<br>**Carol Stream, IL 60197-5966** | | J | Medical services provided for Jocelyn Berrios. | | | | **30.10** |
| ACCOUNT NO. **ILM 111347**<br>**Illinos Laboratory Medicine Associates,**<br>**PO Box 5966**<br>**Carol Stream, IL 60197-5966** | | J | Medical services provided for Eduardo Campos. | | | | **5.16** |

Sheet no. **22** of **46** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **89.26**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Campos, Eduardo Arriaga & Campos, Esmeralda                    Case No. _____
_____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1207975093** <br><br>**JC Penney**<br>**6501 Legacy Dr.**<br>**Plano, TX 75024** | | H | **Various and miscellaneous consumer purchases.** | | | | **686.41** |
| ACCOUNT NO. <br><br>**CAC Financial Corp**<br>**2601 NW Expressway, Suite 1000 East**<br>**Oklahoma City, OK 73112-7236** | | | **Assignee or other notification for:**<br>**JC Penney** | | | | |
| ACCOUNT NO. <br><br>**Malcom S. Gerald & Associates, Inc.**<br>**332 South Michigan Ave. Suite 600**<br>**Chicago, IL 60604** | | | **Assignee or other notification for:**<br>**JC Penney** | | | | |
| ACCOUNT NO. <br><br>**Redline Recovery Services, LLC**<br>**11675 Rainwater Dr. Suite 350**<br>**Alpharetta, GA 30009-8693** | | | **Assignee or other notification for:**<br>**JC Penney** | | | | |
| ACCOUNT NO. <br><br>**ARS National Services, Inc.**<br>**P.O. Box 463023**<br>**Escondido, CA 92046-3023** | | | **Assignee or other notification for:**<br>**JC Penney** | | | | |
| ACCOUNT NO. <br><br>**Allied Interstate LLC**<br>**3000 Corporate Exchange Dr. 5th Floor**<br>**Columbus, OH 43231** | | | **Assignee or other notification for:**<br>**JC Penney** | | | | |
| ACCOUNT NO. <br><br>**Northland Group Inc.**<br>**P.O. Box 390846**<br>**Minneapolis, MN 55439** | | | **Assignee or other notification for:**<br>**JC Penney** | | | | |

Sheet no. __23__ of __46__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **686.41**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) (Cont.)

IN RE **Campos, Eduardo Arriaga & Campos, Esmeralda**                Case No. _____
          Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **009653797**<br>**Jewel Food Stores**<br>**150 Pierce Road**<br>**Itasca, IL  60143** | | J | **Various and miscellaneous consumer purchases.** | | | | **77.68** |
| ACCOUNT NO.<br>**Heller, Shapiro, Frisone Ltd.**<br>**Attorneys At Law**<br>**33 N. LaSalle; #1200**<br>**Chicago, IL  60602** | | | **Assignee or other notification for:**<br>**Jewel Food Stores** | | | | |
| ACCOUNT NO.<br>**Kinney Shoes** | | J | **Fees for returned check.** | | | | **130.43** |
| ACCOUNT NO.<br>**Equifax Risk Management Services**<br>**11601 Roosevelt Boulevard**<br>**St. Petersburg, FL  33716** | | | **Assignee or other notification for:**<br>**Kinney Shoes** | | | | |
| ACCOUNT NO.<br>**Kmart Stores**<br>**3333 Beverly Road**<br>**Hoffman Estates, IL  60179** | | J | | | | | **0.00** |
| ACCOUNT NO.<br>**Allied Interstate LLC**<br>**PO Box 4000**<br>**Warrenton, VA  20188** | | | **Assignee or other notification for:**<br>**Kmart Stores** | | | | |
| ACCOUNT NO. **0422266619**<br>**Kohls**<br>**N56 W17000 Ridgewood Drive**<br>**Menomonee Falls, WI  53051** | | W | **Various and miscellaneous consumer purchases.** | | | | **474.53** |

Sheet no. **24** of **46** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **682.64**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) (Cont.)

IN RE **Campos, Eduardo Arriaga & Campos, Esmeralda**                     Case No. _____
　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Merchants & Medical Credit Corporation**<br>**6324 Taylor Drive**<br>**Flint, MI 48507-4685** | | | Assignee or other notification for:<br>Kohls | | | | |
| ACCOUNT NO.<br>**Allied Data Corporation**<br>**13111 Westheimer, Suite 400**<br>**Houston, TX 77077-5547** | | | Assignee or other notification for:<br>Kohls | | | | |
| ACCOUNT NO.<br>**Enhanced Recovery Company, Llc**<br>**8014 Bayberry Rd.**<br>**Jacksonville, FL 32256-7412** | | | Assignee or other notification for:<br>Kohls | | | | |
| ACCOUNT NO.<br>**CBCS**<br>**PO Box 163250**<br>**Columbus, OH 43216-3250** | | | Assignee or other notification for:<br>Kohls | | | | |
| ACCOUNT NO.<br>**RGS Collections**<br>**PO Box 852039**<br>**Richardson, TX 75085-2039** | | | Assignee or other notification for:<br>Kohls | | | | |
| ACCOUNT NO. 0271146268<br>**Kohls**<br>**N56 W17000 Ridgewood Drive**<br>**Menomonee Falls, WI 53051** | | H | **Various and miscellaneous consumer purchases.** | | | | **710.66** |
| ACCOUNT NO.<br>**Merchants & Medical Credit Corporation**<br>**6324 Taylor Drive**<br>**Flint, MI 48507-4685** | | | Assignee or other notification for:<br>Kohls | | | | |

Sheet no. __25__ of __46__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $    **710.66**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE Campos, Eduardo Arriaga & Campos, Esmeralda                                    Case No. _____
_____
                        Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Allied Data Corporation**<br>**13111 Westheimer, Suite 400**<br>**Houston, TX  77077-5547** | | | **Assignee or other notification for:**<br>**Kohls** | | | | |
| ACCOUNT NO.<br>**NCO Financial Systems**<br>**507 Prudential Road**<br>**Horsham, PA  19044** | | | **Assignee or other notification for:**<br>**Kohls** | | | | |
| ACCOUNT NO.<br>**Credit Collection Services**<br>**Two Wells Avenue**<br>**Newton, MA  02459** | | | **Assignee or other notification for:**<br>**Kohls** | | | | |
| ACCOUNT NO.<br>**Lifetouch National School Studios, Inc.**<br>**C/O Commercial Recovery Corporation**<br>**P.O. Box 49520**<br>**Minneapolis, MN  55449** | | J | **School Fees.** | | | | **58.00** |
| ACCOUNT NO. **819 2414 1843722**<br>**Lowes**<br>**1000 Lowe's Blvd**<br>**Mooresville, NC  28117** | | W | **Various and micellaneous consumer purchases.** | | | | **400.57** |
| ACCOUNT NO.<br>**GEnpact Services LLC**<br>**PO Box 1969**<br>**Southgate, MI  48195-0969** | | | **Assignee or other notification for:**<br>**Lowes** | | | | |
| ACCOUNT NO.<br>**Receivables Performance Management**<br>**PO Box 1547**<br>**Lynnwood, WA  98046-1547** | | | **Assignee or other notification for:**<br>**Lowes** | | | | |

Sheet no. __26__ of __46__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **458.57**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) (Cont.)

IN RE **Campos, Eduardo Arriaga & Campos, Esmeralda**                              Case No. _____
_____
Debtor(s)                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**MRS Associates Of New Jersey**<br>**1930 Olney Ave**<br>**Cherry Hill, NJ  08003** | | | **Assignee or other notification for:**<br>**Lowes** | | | | |
| ACCOUNT NO.<br>**ARS National Services, Inc.**<br>**P.O. Box 463023**<br>**Escondido, CA  92046-3023** | | | **Assignee or other notification for:**<br>**Lowes** | | | | |
| ACCOUNT NO.<br>**Northland Group Inc.**<br>**P.O. Box 390846**<br>**Minneapolis, MN  55439** | | | **Assignee or other notification for:**<br>**Lowes** | | | | |
| ACCOUNT NO.<br>**Allied Interstate LLC**<br>**3000 Corporate Exchange Dr. 5th Floor**<br>**Columbus, OH  43231** | | | **Assignee or other notification for:**<br>**Lowes** | | | | |
| ACCOUNT NO.<br>**Monarch Recovery Management, Inc.**<br>**10965 Decatur Road**<br>**Philadelphia, PA  19154-3210** | | | **Assignee or other notification for:**<br>**Lowes** | | | | |
| ACCOUNT NO.<br>**Tate & Kirlin Associates**<br>**2810 Southampton Road**<br>**Philadelphia, PA  19154-1207** | | | **Assignee or other notification for:**<br>**Lowes** | | | | |
| ACCOUNT NO.<br>**Financial Recovery Services, Inc.**<br>**P.O. Box 385908**<br>**Minneapolis, MN  55438-5908** | | | **Assignee or other notification for:**<br>**Lowes** | | | | |

Sheet no. ___**27**___ of ___**46**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) (Cont.)

IN RE Campos, Eduardo Arriaga & Campos, Esmeralda                    Case No. _____
      _____
                      Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2632186A683G6-120140**<br>**MacNeal Physicians Group**<br>**6425 W. Cermak Rd.**<br>**Berwyn, IL  06040-2000** | | J | **Medical services provided for Christopher Campos** | | | | **572.00** |
| ACCOUNT NO.<br>**M3 Financial Services, Inc.**<br>**PO Box 7230**<br>**Westchester, IL  60154** | | | **Assignee or other notification for:**<br>**MacNeal Physicians Group** | | | | |
| ACCOUNT NO.<br>**Macneal Physicians Group LLC**<br>**6642 Paysphere Circle**<br>**Chicago, IL  60674** | | | **Assignee or other notification for:**<br>**MacNeal Physicians Group** | | | | |
| ACCOUNT NO.<br>**Med1 02 Cepamerica**<br>**914 14th St**<br>**Modesto, CA  95353** | | W | **Medical services. OPENED 0/** | | | | **364.00** |
| ACCOUNT NO.<br>**Stanisccontr**<br>**914 14th St**<br>**Modesto, CA  95353** | | | **Assignee or other notification for:**<br>**Med1 02 Cepamerica** | | | | |
| ACCOUNT NO. **406095200259**<br>**Navy Federal Cr Union**<br>**One Security Place**<br>**Merrifield, VA  22119** | | | **REVOLVING ACCOUNT OPENED 11/1995** | | | | **0.00** |
| ACCOUNT NO. **4032-1600-0075-9601**<br>**Navy Federal Cr Union**<br>**One Security Place**<br>**Merrifield, VA  22119** | | | **Car loan.  OPENED 10/2004** | | | | **9,761.60** |

Sheet no. __28__ of __46__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **10,697.60**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Campos, Eduardo Arriaga & Campos, Esmeralda**                                          Case No. _____
            Debtor(s)                                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**I.C. System, Inc<br>444 Highway 96 East, P.O. Box 64887<br>St. Paul, MN  55164-0887** | | | **Assignee or other notification for:<br>Navy Federal Cr Union** | | | | |
| ACCOUNT NO.<br>**Financial Recovery Services, Inc.<br>P.O. Box 385908<br>Minneapolis, MN  55438-5908** | | | **Assignee or other notification for:<br>Navy Federal Cr Union** | | | | |
| ACCOUNT NO.<br>**LTD Financial Services, L.PI<br>7322 Southwest Freeway, Suite 1600<br>Houston, TX  77074** | | | **Assignee or other notification for:<br>Navy Federal Cr Union** | | | | |
| ACCOUNT NO. **421718229006-09**<br>**Navy Federal Credit Union<br>8875 Aero Dr<br>San Diego, CA  92123** | | H | **Car loan OPENED 10/2013** | | | | **10,427.00** |
| ACCOUNT NO.<br>**Midland Funding<br>8875 Aero Dr<br>San Diego, CA  92123** | | | **Assignee or other notification for:<br>Navy Federal Credit Union** | | | | |
| ACCOUNT NO.<br>**Creditors Interchange<br>80 Holtz Drive<br>Buffalo, NY  14225** | | | **Assignee or other notification for:<br>Navy Federal Credit Union** | | | | |
| ACCOUNT NO. **201 14054**<br>**Neighborhoo Periodical Club<br>653 Northland Blvd<br>Cincinnati, OH  45240-3215** | | J | **Magazine subscription service.** | | | | **362.50** |

Sheet no. **29** of **46** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **10,789.50**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) (Cont.)

IN RE Campos, Eduardo Arriaga & Campos, Esmeralda     Case No. _____
                         Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Richard H. Marcus <br> Attorneys At Law <br> P.O. Box 283 <br> Des Plaines, IL  60016 | | | Assignee or other notification for: <br> Neighborhoo Periodical Club | | | | |
| ACCOUNT NO. <br> Premium Marketing Systems <br> 311 S. Arlington Heights Road <br> Arlington Heightsq, IL  60005-1995 | | | Assignee or other notification for: <br> Neighborhoo Periodical Club | | | | |
| ACCOUNT NO. <br> Newtec Window & Door Mfg. <br> 3159 W. 36th Street <br> Chicago, IL  60632 | | J | Window installation. | | | | 2,041.18 |
| ACCOUNT NO. 12635346 <br> Nicor Gas <br> PO Box 190 <br> Aurora, IL  60507-0190 | | J | Natural gas service. | | | | 73.79 |
| ACCOUNT NO. <br> First Revenue Assurance <br> PO Box 8546 <br> Omaha, NE  68108 | | | Assignee or other notification for: <br> Nicor Gas | | | | |
| ACCOUNT NO. 21018714770 <br> Nicor Gas <br> PO Box 190 <br> Aurora, IL  60507-0190 | | J | Natural Gas service. | | | | 585.00 |
| ACCOUNT NO. 7304469307 <br> Ocwen Loan Servicing  Llc <br> 1499 W Palmetto Park Rd <br> Boca Raton, FL  33486 | | H | Second loan for property located at 1234 South Maple Avenue foreclosed on 4/9/09 Case # 08 CH 16865. OPENED 9/2013 | | | | 6,992.00 |

Sheet no. __30__ of __46__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  9,691.97

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) (Cont.)

IN RE Campos, Eduardo Arriaga & Campos, Esmeralda _____  Case No. _____
           Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Rcs Recovry Services L<br>1499 W Palmetto Park Rd<br>Boca Raton, FL 33486 | | | Assignee or other notification for:<br>Ocwen Loan Servicing Llc | | | | |
| ACCOUNT NO.<br>Nationwide Credit Inc<br>PO Box 9001719<br>Louisville, KY 40290-1719 | | | Assignee or other notification for:<br>Ocwen Loan Servicing Llc | | | | |
| ACCOUNT NO.<br>GMAC Mortgage<br>100 Winter Road<br>Horsham, PA 19044 | | | Assignee or other notification for:<br>Ocwen Loan Servicing Llc | | | | |
| ACCOUNT NO. D 9190710<br>Orkin Pest Control<br>2000 S. 25th Ave. Ste B<br>Broadview, IL 60155-2820 | | W | Pest control services. | | | | 85.00 |
| ACCOUNT NO.<br>Rollins Service Bureau<br>PO Box 13230<br>Atlanta, GA 30324-9847 | | | Assignee or other notification for:<br>Orkin Pest Control | | | | |
| ACCOUNT NO.<br>Infinity Group Receivables<br>3175 Satellite Blvd. Bldg 600 Ste. 340<br>Duluth, GA 30096 | | | Assignee or other notification for:<br>Orkin Pest Control | | | | |
| ACCOUNT NO. PET003470<br>Pediatric Management Systems LLC<br>30 S. Michigan Suite 503<br>Chicago, IL 60603 | | J | Medical services provided for Esmeralda Campos. | | | | 35.00 |

Sheet no. __31__ of __46__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 120.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) (Cont.)

IN RE Campos, Eduardo Arriaga & Campos, Esmeralda _____ Case No. _____
                    Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Peoples Gas<br>130 East Randolph Drive<br>Chicago, IL 60601 | | J | Natural gas service. | | | | 573.50 |
| ACCOUNT NO.<br>Harris & Harris Ltd<br>100 S. Wacker Drive, Suite 225<br>Chicago, IL 60606 | | | Assignee or other notification for:<br>Peoples Gas | | | | |
| ACCOUNT NO.<br>Pepboys<br>3111 W. Allegheny<br>Philadelphia, PA 19132 | | J | Fees for returned check. | | | | 55.93 |
| ACCOUNT NO.<br>Telecheck Recovery Services, Inc.<br>P.O. Box 17450<br>Denver, CO 80217-0450 | | | Assignee or other notification for:<br>Pepboys | | | | |
| ACCOUNT NO. Z41 1039767<br>Radiology Consultants, LTD<br>1730 Park Street, Suite 101<br>Naperville, IL 60563-1290 | | J | Medical services provided for Jocelyn Berrios. | | | | 260.00 |
| ACCOUNT NO. Z41 1002842<br>Radiology Consultants, LTD<br>1730 Park Street, Suite 101<br>Naperville, IL 60563-1290 | | J | Medical services provided for Christopher Campos. | | | | 26.00 |
| ACCOUNT NO.<br>Ravenswood Health Care<br>4550 North Winchester<br>Chicago, IL 60640-5205 | | J | Medical services for Jocelyn Berrios. | | | | 122.00 |

Sheet no. __32__ of __46__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 1,037.43

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Campos, Eduardo Arriaga & Campos, Esmeralda _____ Case No. _____
                                            Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5121075036720527<br>**Sears/cbna**<br>**Po Box 6282**<br>**Sioux Falls, SD  57117** | | | **REVOLVING ACCOUNT OPENED 10/2004** | | | | 0.00 |
| ACCOUNT NO. 5049940112483176<br>**Sears/cbna**<br>**Po Box 6282**<br>**Sioux Falls, SD  57117** | | H | **Various and miscellaneous consumer purchases. OPENED 7/2003** | | | | 4,148.00 |
| ACCOUNT NO.<br>**Blatt, Hasenmiller, Leibsker & Moore LLC**<br>**125 South Wacker Dr. Suite 400**<br>**Chicago, IL  60606-4440** | | | **Assignee or other notification for: Sears/cbna** | | | | |
| ACCOUNT NO.<br>**Midland Credit Management**<br>**8875 Aero Drive; Suite 200**<br>**San Diego, CA  92123** | | | **Assignee or other notification for: Sears/cbna** | | | | |
| ACCOUNT NO. 382741580<br>**Simplexity**<br>**PO Box 25084**<br>**Lehigh Valley, PA  18002** | | W | **Cell phone services.** | | | | 600.00 |
| ACCOUNT NO.<br>**NCO Financial Systems**<br>**507 Prudential Road**<br>**Horsham, PA  19044** | | | **Assignee or other notification for: Simplexity** | | | | |
| ACCOUNT NO. 47058891111 00042671<br>**Sound And Spirit Music Club**<br>**3070 Lawson Blvd PO Box 9017**<br>**Oceanside, NY  11572-9017** | | J | **Music club membership.** | | | | 42.67 |

Sheet no. __33__ of __46__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,790.67**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) (Cont.)

IN RE **Campos, Eduardo Arriaga & Campos, Esmeralda**                    Case No. _____
_____
                Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Dymacol Incorporated Collection Agency Division 3070 Lawson Blvd P.O. Box Oceanside, NY 11572-9017** | | | Assignee or other notification for:<br>**Sound And Spirit Music Club** | | | | |
| ACCOUNT NO. **813918864**<br>**Sprint 8014 Bayberry Rd Jacksonville, FL 32256** | | W | **Cell phone services. OPENED 7/2013** | | | | **1,313.00** |
| ACCOUNT NO.<br>**Enhanced Recovery Co L 8014 Bayberry Rd Jacksonville, FL 32256** | | | Assignee or other notification for:<br>**Sprint** | | | | |
| ACCOUNT NO.<br>**Receivables Performance Management PO Box 1547 Lynnwood, WA 98046-1547** | | | Assignee or other notification for:<br>**Sprint** | | | | |
| ACCOUNT NO. **4036-2400-0675-9031**<br>**Sst/synovus Po Box 3997 Saint Joseph, MO 64503** | | H | **Various and miscellaneous consumer purchases. OPENED 6/2006** | | | | **3,981.17** |
| ACCOUNT NO.<br>**American Coradius International LLC 2420 Sweet Jp,E Rpad. Siote 150 Amherst, NY 14228-2244** | | | Assignee or other notification for:<br>**Sst/synovus** | | | | |
| ACCOUNT NO.<br>**NCO Financial Systems 507 Prudential Road Horsham, PA 19044** | | | Assignee or other notification for:<br>**Sst/synovus** | | | | |

Sheet no. **34** of **46** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **5,294.17**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE Campos, Eduardo Arriaga & Campos, Esmeralda        Case No. _____
      _____
                    Debtor(s)                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Client Services, Inc** <br> **3451 Harry S. Truman Blvd** <br> **St. Charles, MO  63301-4047** | | | **Assignee or other notification for:** <br> **Sst/synovus** | | | | |
| ACCOUNT NO. <br> **Alliance One Receivables Management, Inc** <br> **4850 Street Rd, Suite 300** <br> **Trevose, PA  19053** | | | **Assignee or other notification for:** <br> **Sst/synovus** | | | | |
| ACCOUNT NO. <br> **Northland Group Inc.** <br> **P.O. Box 390846** <br> **Minneapolis, MN  55439** | | | **Assignee or other notification for:** <br> **Sst/synovus** | | | | |
| ACCOUNT NO. <br> **Alpine Financial Solutions Inc** <br> **3600 S. Beeler Street, Suite 300** <br> **Denver, CO  80237** | | | **Assignee or other notification for:** <br> **Sst/synovus** | | | | |
| ACCOUNT NO. **15718778** <br> **Swedish Covenant Hospital** <br> **5145 North California Avenue** <br> **Chicago, IL  60625** | | J | **Medical services for Esmeralda Cuellar.** | | | | **182.90** |
| ACCOUNT NO. **764800017** <br> **T-mobile** <br> **8875 Aero Dr** <br> **San Diego, CA  92123** | | H | **Telephone services. OPENED 12/2011** | | | | **1,653.00** |
| ACCOUNT NO. <br> **Midland Funding** <br> **8875 Aero Dr** <br> **San Diego, CA  92123** | | | **Assignee or other notification for:** <br> **T-mobile** | | | | |

Sheet no. **35** of **46** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,835.90**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Campos, Eduardo Arriaga & Campos, Esmeralda                    Case No. _____
　　　　　　　　　　　　Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **ER Solutions, Inc** <br> **10750 Hammerly Blvd # 200** <br> **Houston, TX  77043** | | | **Assignee or other notification for:** <br> **T-mobile** | | | | |
| ACCOUNT NO. <br> **Receivables Performance Management** <br> **20816 44th Avenue W** <br> **Lynnwood, WA  98036** | | | **Assignee or other notification for:** <br> **T-mobile** | | | | |
| ACCOUNT NO. **4352-3750-5329-5129** <br> **Target N.b.** <br> **Po Box 673** <br> **Minneapolis, MN  55440** | | J | **Various and miscellaneous consumer purchases.** <br> **OPENED 4/1998** | | | | **5,686.89** |
| ACCOUNT NO. <br> **Accounts Receivable Management, Inc.** <br> **PO Box 129** <br> **Thorofare, NJ  08086-0129** | | | **Assignee or other notification for:** <br> **Target N.b.** | | | | |
| ACCOUNT NO. <br> **Capital Management Services, LP** <br> **726 Exchange Street; Suite 700** <br> **Buffalo, NY  14210** | | | **Assignee or other notification for:** <br> **Target N.b.** | | | | |
| ACCOUNT NO. <br> **Northland Group Inc.** <br> **P.O. Box 390846** <br> **Minneapolis, MN  55439** | | | **Assignee or other notification for:** <br> **Target N.b.** | | | | |
| ACCOUNT NO. <br> **Midland Credit Management** <br> **8875 Aero Drive; Suite 200** <br> **San Diego, CA  92123** | | | **Assignee or other notification for:** <br> **Target N.b.** | | | | |

Sheet no. __36__ of __46__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **5,686.89**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) (Cont.)

IN RE **Campos, Eduardo Arriaga & Campos, Esmeralda**                                     Case No. _____
                        Debtor(s)                                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Target National Bank**<br>**8875 Aero Dr**<br>**San Diego, CA  92123** | | H | **Various and miscellaneous consumer purchases.**<br>**OPENED 6/2011** | | | | **7,231.00** |
| ACCOUNT NO.<br>**Midland Funding**<br>**8875 Aero Dr**<br>**San Diego, CA  92123** | | | **Assignee or other notification for:**<br>**Target National Bank** | | | | |
| ACCOUNT NO.<br>**Blitt And Gaines, P.C.**<br>**661 Glenn Ave.**<br>**Wheeling, IL  60090** | | | **Assignee or other notification for:**<br>**Target National Bank** | | | | |
| ACCOUNT NO. **6035320171253139**<br>**Thd/cbna**<br>**Po Box 6497**<br>**Sioux Falls, SD  57117** | | W | **Various and miscellaneous consumer purchases.**<br>**OPENED 5/2005** | | | | **2,194.14** |
| ACCOUNT NO.<br>**NCO Financial Systems**<br>**507 Prudential Road**<br>**Horsham, PA  19044** | | | **Assignee or other notification for:**<br>**Thd/cbna** | | | | |
| ACCOUNT NO.<br>**Northland Group Inc.**<br>**P.O. Box 390846**<br>**Minneapolis, MN  55439** | | | **Assignee or other notification for:**<br>**Thd/cbna** | | | | |
| ACCOUNT NO.<br>**LTD Financial Services, L.PI**<br>**7322 Southwest Freeway, Suite 1600**<br>**Houston, TX  77074** | | | **Assignee or other notification for:**<br>**Thd/cbna** | | | | |

Sheet no. ___**37**___ of ___**46**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $    **9,425.14**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Campos, Eduardo Arriaga & Campos, Esmeralda                        Case No. _____
_____
Debtor(s)                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **NCB Management Services Inc.** <br> **PO Box 1099** <br> **Langhorne, PA  19047** | | | **Assignee or other notification for: Thd/cbna** | | | | |
| ACCOUNT NO. **6035320173554096** <br> **Thd/cbna** <br> **Po Box 6497** <br> **Sioux Falls, SD  57117** | | H | **Various and miscellaneous consumer purchases.** | | | | **2,572.06** |
| ACCOUNT NO. <br> **NCO Financial Systems** <br> **507 Prudential Road** <br> **Horsham, PA  19044** | | | **Assignee or other notification for: Thd/cbna** | | | | |
| ACCOUNT NO. <br> **The CBE Group Inc** <br> **131 Tower Park Dr. Suite 100 PO Box 2547** <br> **Waterloo, IA  50701-2547** | | | **Assignee or other notification for: Thd/cbna** | | | | |
| ACCOUNT NO. <br> **LTD Financial Services, L.Pl** <br> **7322 Southwest Freeway, Suite 1600** <br> **Houston, TX  77074** | | | **Assignee or other notification for: Thd/cbna** | | | | |
| ACCOUNT NO. **9824100029** <br> **The Children's Memorial Medical Center** <br> **Suite 92611** <br> **75 Remittance Drive** <br> **Chicago, IL  60675-2611** | | J | **Medical services provided for Joselyn Berrios.** | | | | **90.00** |
| ACCOUNT NO. **9808800095** <br> **The Children's Memorial Medical Center** <br> **Suite 92611** <br> **75 Remittance Drive** <br> **Chicago, IL  60675-2611** | | J | **Medical services provided for Jocelyn Berrios.** | | | | **596.00** |

Sheet no. __38__ of __46__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,258.06**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) (Cont.)

IN RE **Campos, Eduardo Arriaga & Campos, Esmeralda**                           Case No. _____
                          Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **94255800722**<br><br>**The Children's Memorial Medical Center**<br>**Suite 92611**<br>**75 Remittance Drive**<br>**Chicago, IL  60675-2611** | | J | **Medical services provided for Jocelyn Berrios.** | | | | **62.25** |
| ACCOUNT NO.<br><br>**Universal Collection Service, Inc.**<br>**6405 N. Avondale Ave.**<br>**Chicago, IL  60631** | | | **Assignee or other notification for:**<br>**The Children's Memorial Medical Center** | | | | |
| ACCOUNT NO. **9425500722**<br><br>**The Children's Memorial Medical Center**<br>**Suite 92611**<br>**75 Remittance Drive**<br>**Chicago, IL  60675-2611** | | J | **Medical services provided for Jocelyn Berrios.** | | | | **70.55** |
| ACCOUNT NO.<br><br>**Universal Collection Service, Inc.**<br>**6405 N. Avondale Ave.**<br>**Chicago, IL  60631** | | | **Assignee or other notification for:**<br>**The Children's Memorial Medical Center** | | | | |
| ACCOUNT NO. **9426300971**<br><br>**The Children's Memorial Medical Center**<br>**Suite 92611**<br>**75 Remittance Drive**<br>**Chicago, IL  60675-2611** | | J | **Medical services provided for Jocelyn Berrios.** | | | | **62.25** |
| ACCOUNT NO.<br><br>**The Roomplace / World Financia**<br>**Po Box 1630**<br>**Warren, MI  48090** | | W | **OPEN ACCOUNT OPENED 11/2009** | | | | **0.00** |
| ACCOUNT NO.<br><br>**Asset Acceptance Llc**<br>**Po Box 1630**<br>**Warren, MI  48090** | | | **Assignee or other notification for:**<br>**The Roomplace / World Financia** | | | | |

Sheet no. **39** of **46** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal            $   **195.05**
(Total of this page)

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) (Cont.)

**IN RE** Campos, Eduardo Arriaga & Campos, Esmeralda

_____
Debtor(s)          (If known)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **253374758**<br>**Tnb - Target**<br>**C/o Target Credit Services**<br>**Minneapolis, MN  55440** | | H | **REVOLVING ACCOUNT OPENED 4/1998** | | | | **0.00** |
| ACCOUNT NO. **725572916**<br>**US Cellular**<br>**8410 W. Bryn Mawr; Suite 700**<br>**Chicago, IL  60631** | | J | **Cell phone services.** | | | | **209.13** |
| ACCOUNT NO.<br>**EOS CCA**<br>**700 Longwater Drive.**<br>**Norwell, MA  02061** | | | **Assignee or other notification for:**<br>**US Cellular** | | | | |
| ACCOUNT NO.<br>**Diversified Consultants, Inc.**<br>**P.O Box 551268**<br>**Jacksonville, FL  32255-1268** | | | **Assignee or other notification for:**<br>**US Cellular** | | | | |
| ACCOUNT NO.<br>**Diversified Adj Services**<br>**PO Box 32145**<br>**Fridley, MN  55432-0145** | | | **Assignee or other notification for:**<br>**US Cellular** | | | | |
| ACCOUNT NO. **058582662900001**<br>**Verizon Wireless**<br>**Po Box 3427**<br>**Bloomington, IL  61702** | | H | **Telephone services. OPENED 10/2011** | | | | **324.00** |
| ACCOUNT NO.<br>**Afni, Inc.**<br>**Po Box 3427**<br>**Bloomington, IL  61702** | | | **Assignee or other notification for:**<br>**Verizon Wireless** | | | | |

Sheet no. **40** of **46** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **533.13**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Campos, Eduardo Arriaga & Campos, Esmeralda**                                    Case No. _____
_____
Debtor(s)                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Miracle Financial Inc**<br>**52 Armstrong RD**<br>**Plymouth, MA  02360-4807** | | | **Assignee or other notification for:**<br>**Verizon Wireless** | | | | |
| ACCOUNT NO.<br>**Allied Interstate LLC**<br>**3000 Corporate Exchange Dr. 5th Floor**<br>**Columbus, OH  43231** | | | **Assignee or other notification for:**<br>**Verizon Wireless** | | | | |
| ACCOUNT NO. **868857280**<br>**Victorias Secret / World Finan**<br>**Po Box 1630**<br>**Warren, MI  48090** | | W | **Various and miscellaneous consumer purchases.**<br>**OPENED 12/2009** | | | | **1,167.00** |
| ACCOUNT NO.<br>**Asset Acceptance Llc**<br>**Po Box 1630**<br>**Warren, MI  48090** | | | **Assignee or other notification for:**<br>**Victorias Secret / World Finan** | | | | |
| ACCOUNT NO.<br>**Stokes & Clinton**<br>**Attorneys At Law**<br>**PO Box 991801 1000 Downtowner Blvd**<br>**Mobile, AL  36691** | | | **Assignee or other notification for:**<br>**Victorias Secret / World Finan** | | | | |
| ACCOUNT NO.<br>**World Financial Network Bank**<br>**Recovery Department**<br>**PO Box 182125**<br>**Columbus, OH  43218-2125** | | | **Assignee or other notification for:**<br>**Victorias Secret / World Finan** | | | | |
| ACCOUNT NO.<br>**Penncro Associates Inc.**<br>**PO Box 538**<br>**Oak, PA  19456** | | | **Assignee or other notification for:**<br>**Victorias Secret / World Finan** | | | | |

Sheet no. **41** of **46** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,167.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) (Cont.)

IN RE Campos, Eduardo Arriaga & Campos, Esmeralda                    Case No. _____
            Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. I53313<br>Walgreens<br>22215 Network Place<br>Chicago, IL  60673-1222 | | J | Various and miscellaneous consumer purchases. | | | | 52.77 |
| ACCOUNT NO.<br>Control Credit Management<br>PO Box 1408<br>Racine, WI  53401-1408 | | | Assignee or other notification for:<br>Walgreens | | | | |
| ACCOUNT NO.<br>Bank One NA<br>416 W. Jefferson St.<br>Louisville, KY  40202-3202 | | | Assignee or other notification for:<br>Walgreens | | | | |
| ACCOUNT NO.<br>CPS Security Check Division<br>Compliance Department<br>PO Box 782248<br>San Antonio, TX  78230 | | | Assignee or other notification for:<br>Walgreens | | | | |
| ACCOUNT NO.<br>Watermark Physician Services<br>10330 W Roosevelt Rd S-2<br>Westchester, IL  60154 | | W | Medical services. OPENED 11/2011 | | | | 572.00 |
| ACCOUNT NO.<br>M3 Financial Services<br>10330 W Roosevelt Rd S-2<br>Westchester, IL  60154 | | | Assignee or other notification for:<br>Watermark Physician Services | | | | |
| ACCOUNT NO. 12618922<br>Westlake Hospital<br>3075 E Imperial Hwy Ste<br>Brea, CA  92821 | | W | Medical services provided for Christopher Campos. OPENED 5/2013 | | | | 726.00 |

Sheet no. __42__ of __46__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 1,350.77

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) (Cont.)

IN RE **Campos, Eduardo Arriaga & Campos, Esmeralda**                    Case No. _____
_____
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Cmre Financial Svcs In**<br>**3075 E Imperial Hwy Ste**<br>**Brea, CA  92821** | | | Assignee or other notification for:<br>**Westlake Hospital** | | | | |
| ACCOUNT NO.<br>**1st Finl Invstmnt Fund**<br>**230 Peachtree St Nw Ste**<br>**Atlanta, GA  30303** | | | Assignee or other notification for:<br>**Westlake Hospital** | | | | |
| ACCOUNT NO.<br>**ICS Collection Service Inc**<br>**PO Box 1010**<br>**Tinley Park, IL  60477-9110** | | | Assignee or other notification for:<br>**Westlake Hospital** | | | | |
| ACCOUNT NO. **W14373229**<br>**Westlake Hospital**<br>**3075 E Imperial Hwy Ste**<br>**Brea, CA  92821** | | J | **Medical services provided for Christopher Campos.** | | | | **389.76** |
| ACCOUNT NO.<br>**First Financial Asset MGMT Inc**<br>**PO Box 56245**<br>**Atlanta, GA  30343** | | | Assignee or other notification for:<br>**Westlake Hospital** | | | | |
| ACCOUNT NO.<br>**CMRE Financial Services, Inc.**<br>**3075 East Imperial Highway Suite 200**<br>**Brea, CA  92821** | | | Assignee or other notification for:<br>**Westlake Hospital** | | | | |
| ACCOUNT NO.<br>**Stanislaus Credit Control Service, Inc**<br>**914 14th Street PO Box 480**<br>**Modesto, CA  95353** | | | Assignee or other notification for:<br>**Westlake Hospital** | | | | |

Sheet no. __43__ of __46__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $    **389.76**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Campos, Eduardo Arriaga & Campos, Esmeralda**                           Case No. _____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **700358989** <br> **Westlake Hospital** <br> **3075 E Imperial Hwy Ste** <br> **Brea, CA 92821** | | J | **Medical services provided for Esmeralda Campos.** | | | | **100.00** |
| ACCOUNT NO. <br> **CMRE Financial Services, Inc.** <br> **3075 East Imperial Highway Suite 200** <br> **Brea, CA 92821** | | | **Assignee or other notification for:** <br> **Westlake Hospital** | | | | |
| ACCOUNT NO. **700053135** <br> **Westlake Hospital** <br> **3075 E Imperial Hwy Ste** <br> **Brea, CA 92821** | | J | **Medical services provided for Esmeralda Campos.** | | | | **100.00** |
| ACCOUNT NO. <br> **CMRE Financial Services, Inc.** <br> **3075 East Imperial Highway Suite 200** <br> **Brea, CA 92821** | | | **Assignee or other notification for:** <br> **Westlake Hospital** | | | | |
| ACCOUNT NO. **69067312** <br> **Westlake Hospital** <br> **3075 E Imperial Hwy Ste** <br> **Brea, CA 92821** | | J | **Medical services provided for Jocelyn Berrios.** | | | | **100.00** |
| ACCOUNT NO. <br> **CMRE Financial Services, Inc.** <br> **3075 East Imperial Highway Suite 200** <br> **Brea, CA 92821** | | | **Assignee or other notification for:** <br> **Westlake Hospital** | | | | |
| ACCOUNT NO. **700706096** <br> **Westlake Hospital** <br> **3075 E Imperial Hwy Ste** <br> **Brea, CA 92821** | | J | **Medical services provided for Esmeralda Campos.** | | | | **100.00** |

Sheet no. **44** of **46** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $    **400.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) (Cont.)

IN RE **Campos, Eduardo Arriaga & Campos, Esmeralda**                     Case No. _____
_____
Debtor(s)                                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **700590953**<br>**Westlake Hospital**<br>**3075 E Imperial Hwy Ste**<br>**Brea, CA  92821** | | J | **Medical services provided for Esmeralda Campos.** | | | | **100.00** |
| ACCOUNT NO. **WES 1010906**<br>**Westlake Hospital**<br>**3075 E Imperial Hwy Ste**<br>**Brea, CA  92821** | | J | **Medical services provided for Esmeralda Campos.** | | | | **225.70** |
| ACCOUNT NO. **WES 1005223**<br>**Westlake Hospital**<br>**3075 E Imperial Hwy Ste**<br>**Brea, CA  92821** | | J | **Medical services provided for Esmeralda Campos.** | | | | **44.80** |
| ACCOUNT NO. **700706096**<br>**Westlake Hospital**<br>**3075 E Imperial Hwy Ste**<br>**Brea, CA  92821** | | J | **Medical services.** | | | | **100.00** |
| ACCOUNT NO. **5856370689475441**<br>**WFNNB/Roomplace**<br>**Bankruptcy Department**<br>**PO Box 182125**<br>**Columbus, OH  43218-2125** | | W | **Various and miscellaneous consumer purchases.** | | | | **893.84** |
| ACCOUNT NO.<br>**CAC Financial Corp**<br>**2601 NW Expressway, Suite 1000 East**<br>**Oklahoma City, OK  73112-7236** | | | **Assignee or other notification for:**<br>**WFNNB/Roomplace** | | | | |
| ACCOUNT NO.<br>**Morgan & Associates**<br>**2601 N.W. Expressway Suite 205 East**<br>**Oklahoma City, OK  73112-7229** | | | **Assignee or other notification for:**<br>**WFNNB/Roomplace** | | | | |

Sheet no. **45** of **46** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,364.34**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Campos, Eduardo Arriaga & Campos, Esmeralda                 Case No. _____
          Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>NCO Financial Systems<br>507 Prudential Road<br>Horsham, PA 19044 | | | Assignee or other notification for:<br>WFNNB/Roomplace | | | | |
| ACCOUNT NO.<br><br>Asset Acceptance, LLC<br>PO Box 2036<br>Warren, MI 48090-2036 | | | Assignee or other notification for:<br>WFNNB/Roomplace | | | | |
| ACCOUNT NO.<br><br>Blitt And Gaines, P.C.<br>661 Glenn Ave.<br>Wheeling, IL 60090 | | | Assignee or other notification for:<br>WFNNB/Roomplace | | | | |
| ACCOUNT NO. CUEES960923<br><br>Womens Healthcare Connection Of Chicago<br>Thomas J. Glodek M.D.<br>2740 W. Foster Ave. Suite 307<br>Chicago, IL 60625 | | J | Medical services provided for Esmeralda Cuellar. | | | | 263.70 |
| ACCOUNT NO.<br><br>Your Baby Can Read | | J | Past due balance for Your Baby Can Read program. | | | | 199.95 |
| ACCOUNT NO.<br><br>SKO Brenner American Inc.<br>40 Daniel Street PO Box 230<br>Farmingdale, NY 00000 | | | Assignee or other notification for:<br>Your Baby Can Read | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __46__ of __46__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 463.65

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 154,212.42

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Campos, Eduardo Arriaga & Campos, Esmeralda**        Case No. _____
_____
                        Debtor(s)                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

IN RE **Campos, Eduardo Arriaga & Campos, Esmeralda**
_____  Case No. _____
Debtor(s)                                                                (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

Debtor 1    **Eduardo Arriaga Campos**
First Name          Middle Name              Last Name

Debtor 2    **Esmeralda  Campos**
(Spouse, if filing)  First Name          Middle Name              Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 6I
## Schedule I: Your Income
12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| Employment status | ☑ Employed <br> ☐ Not employed | ☑ Employed <br> ☐ Not employed |
| Occupation | **Banquet Server** | **Administrative Assistant** |
| Employer's name | **Marriott Intl Admin Srvs, Inc. Renais** | **Marriott Intl Admin Srvs, Inc. Renais** |
| Employer's address | **10400 Fernwood Road** <br> Number    Street | **10400 Fernwood Road** <br> Number    Street |
|  | **Bethesda, MD  20817-0000** <br> City          State    ZIP Code | **Bethesda, MD  20817-0000** <br> City          State    ZIP Code |
| How long employed there? | _____ | _____ |

| Part 2: | Give Details About Monthly Income |

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $  **2,428.36** | $  **2,308.80** |
| 3. **Estimate and list monthly overtime pay.** | 3. | +$  **0.00** | +$  **0.00** |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $  **2,428.36** | $  **2,308.80** |

Debtor 1    **Eduardo Arriaga Campos**
First Name    Middle Name    Last Name    Case number (*if known*)_____

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|

Copy line 4 here ...................................................➔ 4.    $ __2,428.36__    $ __2,308.80__

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ __275.60__ | $ __244.23__ |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ __0.00__ | $ __0.00__ |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ __0.00__ | $ __0.00__ |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ __0.00__ | $ __0.00__ |
| 5e. **Insurance** | 5e. | $ __0.00__ | $ __0.00__ |
| 5f. **Domestic support obligations** | 5f. | $ __0.00__ | $ __0.00__ |
| 5g. **Union dues** | 5g. | $ __0.00__ | $ __0.00__ |
| 5h. **Other deductions.** Specify: __See Schedule Attached__ | 5h. | + $ __730.56__ | + $ __894.18__ |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h.    6.    $ __1,006.16__    $ __1,138.41__

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ __1,422.20__    $ __1,170.39__

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.    $ __0.00__    $ __0.00__

8b. **Interest and dividends**    8b.    $ __0.00__    $ __0.00__

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.    $ __0.00__    $ __0.00__

8d. **Unemployment compensation**    8d.    $ __0.00__    $ __0.00__

8e. **Social Security**    8e.    $ __0.00__    $ __0.00__

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____    8f.    $ __0.00__    $ __0.00__

8g. **Pension or retirement income**    8g.    $ __0.00__    $ __0.00__

8h. **Other monthly income.** Specify: _____    8h.    + $ __0.00__    + $ __0.00__

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.    9.    $ __0.00__    $ __0.00__

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.    10.    $ __1,422.20__ + $ __1,170.39__ = $ __2,592.59__

11. State all other regular contributions to the expenses that you list in *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. + $ __0.00__

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies.    12.    $ __2,592.59__
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain:    **None**

**IN RE** <u>Campos, Eduardo Arriaga & Campos, Esmeralda</u>                    Case No. _____
Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

|  | DEBTOR | SPOUSE |
|---|---:|---:|
| Other Payroll Deductions: |  |  |
| **Meal Charge-Property** | **26.00** | **29.25** |
| **Profit Sharing Loan** | **73.19** | **0.00** |
| **P/S Before Tax** | **631.37** | **0.00** |
| **Additional Life** | **0.00** | **5.55** |
| **Creditor Garnishment** | **0.00** | **258.22** |
| **Hourly Long Term Disability** | **0.00** | **6.54** |
| **Hourly Short Term Disability** | **0.00** | **7.28** |
| **P/S-Before Tax** | **0.00** | **346.32** |
| **Dental B/T** | **0.00** | **44.85** |
| **Self Insured Hmo B/T** | **0.00** | **181.18** |
| **Vision B/T** | **0.00** | **14.99** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

Debtor 1    __Eduardo Arriaga Campos__
First Name          Middle Name          Last Name

Debtor 2    __Esmeralda  Campos__
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  Northern District of Illinois

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

☐ No. Go to line 2.
☑ Yes. **Does Debtor 2 live in a separate household?**

   ☑ No
   ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent.........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| __Daughter__ | _____ | ☐ No ☑ Yes |
| __Son__ | _____ | ☐ No ☑ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

☑ No
☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | | **Your expenses** |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $_____**800.00**_____ |
| If not included in line 4: | | |
| 4a.  Real estate taxes | 4a. | $_____0.00_____ |
| 4b.  Property, homeowner's, or renter's insurance | 4b. | $_____0.00_____ |
| 4c.  Home maintenance, repair, and upkeep expenses | 4c. | $_____0.00_____ |
| 4d.  Homeowner's association or condominium dues | 4d. | $_____0.00_____ |

Debtor 1   **Eduardo Arriaga Campos** _____   Case number (if known) _____
First Name        Middle Name        Last Name

| | | Your expenses |
|---|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans   5.   $_____0.00_____

6. **Utilities:**

   6a.   Electricity, heat, natural gas   6a.   $_____120.00_____

   6b.   Water, sewer, garbage collection   6b.   $_____0.00_____

   6c.   Telephone, cell phone, Internet, satellite, and cable services   6c.   $_____290.00_____

   6d.   Other. Specify: _____   6d.   $_____0.00_____

7. **Food and housekeeping supplies**   7.   $_____450.00_____

8. **Childcare and children's education costs**   8.   $_____0.00_____

9. **Clothing, laundry, and dry cleaning**   9.   $_____40.00_____

10. **Personal care products and services**   10.   $_____0.00_____

11. **Medical and dental expenses**   11.   $_____0.00_____

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.   12.   $_____350.00_____

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**   13.   $_____0.00_____

14. **Charitable contributions and religious donations**   14.   $_____0.00_____

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a.   Life insurance   15a.   $_____0.00_____

   15b.   Health insurance   15b.   $_____0.00_____

   15c.   Vehicle insurance   15c.   $_____115.00_____

   15d.   Other insurance. Specify:_____   15d.   $_____0.00_____

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____   16.   $_____0.00_____

17. **Installment or lease payments:**

   17a.   Car payments for Vehicle 1   17a.   $_____0.00_____

   17b.   Car payments for Vehicle 2   17b.   $_____0.00_____

   17c.   Other. Specify:  **Kids School Tuition**_____   17c.   $_____450.00_____

   17d.   Other. Specify:  **Kids Karate Class**_____   17d.   $_____50.00_____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from
your pay on line 5, Schedule I, Your Income (Official Form 6I).**   18.   $_____0.00_____

19. **Other payments you make to support others who do not live with you.**
Specify:_____   19.

20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

   20a.   Mortgages on other property   20a.   $_____0.00_____

   20b.   Real estate taxes   20b.   $_____0.00_____

   20c.   Property, homeowner's, or renter's insurance   20c.   $_____0.00_____

   20d.   Maintenance, repair, and upkeep expenses   20d.   $_____0.00_____

   20e.   Homeowner's association or condominium dues   20e.   $_____0.00_____

Debtor 1    **Eduardo Arriaga Campos**
First Name    Middle Name    Last Name

Case number (if known)_____

21.  **Other**. Specify: __See Schedule Attached_____    21.  +$_____60.00_____

22.  **Your monthly expenses.** Add lines 4 through 21.
     The result is your monthly expenses.    22.  $____2,725.00____

23.  **Calculate your monthly net income.**

     23a.  Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.  $____2,592.59____

     23b.  Copy your monthly expenses from line 22 above.    23b.  −$____2,725.00____

     23c.  Subtract your monthly expenses from your monthly income.
           The result is your *monthly net income*.    23c.  $____-132.41____

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your
     mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

     ☑ No.
     ☐ Yes.    **None**

**IN RE** **Campos, Eduardo Arriaga & Campos, Esmeralda** _____ Case No. _____
Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

Other Expenses (DEBTOR)
**Dog Food**                                                                                          **60.00**
                                                                                                     **0.00**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Campos, Eduardo Arriaga & Campos, Esmeralda**                                    Case No. _____
_____
                         Debtor(s)                                                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **66** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **May 18, 2014** _____          Signature: **/s/ Eduardo Campos** _____
                                                                    **Eduardo Campos**                                    Debtor

Date: **May 18, 2014** _____          Signature: **/s/ Esmeralda Campos** _____
                                                                    **Esmeralda Campos**                           (Joint Debtor, if any)
                                                                    [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer                                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____          Signature: _____

                                                    _____
                                                    (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/13)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                                   Case No. _____

**Campos, Eduardo Arriaga & Campos, Esmeralda** _____    Chapter **7** _____
                              Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 46,568.00 | 2012 Income |
| 56,150.00 | 2013 Income |
| 7,312.82 | Esmeralda Campos 2014 Year to date income |
| 11,559.92 | Eddie Campos year to date income 2014 |

---

**2. Income other than from employment or operation of business**

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. *Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made* within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Midland Funding v. Esmeralda Campos 13M1106829** | **Judgment** | **COOK LAW MAGISTRATE-** | **Filed** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Michael A. Yashar, P.C.**<br>**829 N. Milwaukee Ave.**<br>**Chicago, IL 60642-0000** | | **1,500.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☑   a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **May 18, 2014**     Signature   */s/ Eduardo Campos*
                                of Debtor                                              **Eduardo Campos**

Date: **May 18, 2014**     Signature   */s/ Esmeralda Campos*
                                of Joint Debtor                              **Esmeralda Campos**
                                (if any)

**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

### United States Bankruptcy Court
### Northern District of Illinois

IN RE:                                                   Case No. _____

**Campos, Eduardo Arriaga & Campos, Esmeralda** _____    Chapter **7** _____

Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
- ☐ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- ☐ Claimed as exempt   ☐ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
- ☐ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- ☐ Claimed as exempt   ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ Yes ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ Yes ☐ No |

_____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____**May 18, 2014**_____          ***/s/ Eduardo Campos***_____
                                         Signature of Debtor

                                         ***/s/ Esmeralda Campos***_____
                                         Signature of Joint Debtor

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## Northern District of Illinois

**IN RE:**                                                          Case No. _____

**Campos, Eduardo Arriaga & Campos, Esmeralda** _____    Chapter **7**_____
                        Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

> For legal services, I have agreed to accept ....................................................................... $ _____

> Prior to the filing of this statement I have received ................................................................. $ _____

> Balance Due ........................................................................................... $ _____

2.  The source of the compensation paid to me was:   ☐ Debtor   ☑ Other (specify)

3.  The source of compensation to be paid to me is:   ☐ Debtor   ☑ Other (specify)

4.  ☐  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☑  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  ~~Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;~~
    b.  ~~Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;~~
    c.  ~~Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;~~
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**May 18, 2014**_____    _____ **/s/ Michael A. Yashar** _____
                    Date

                                                Michael A. Yashar
                                                Yashar & Morgan, P.C.
                                                829 N. Milwaukee Ave
                                                Chicago, IL  60642
                                                (312) 563-1208  Fax: (312) 563-1296
                                                mikeyashar@yahoo.com

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201A (Form 201A) (11/12)

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total fee $306)**
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1167 filing fee, $46 administrative fee: Total fee $1213)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

**IN RE:**                                                                    Case No. _____

**Campos, Eduardo Arriaga & Campos, Esmeralda** _____    Chapter **7** _____
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ <b>225</b>

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **May 18, 2014** _____      */s/ Eduardo Campos* _____
<br>                                             Debtor


                                                 */s/ Esmeralda Campos* _____
                                                 Joint Debtor

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Campos, Eduardo Arriaga
1113 N. 24th Ave.
Melrose Park, IL  60160

All Kids And Family Care
PO Box 19122
Springfield, IL  62794-9122

Ameritech
2000 West Ameritech Center Drive
Hoffman Estates, IL  60192

Campos, Esmeralda
1113 N. 24th Ave.
Melrose Park, IL  60160

Alliance One Receivables Management, Inc
4850 Street Rd, Suite 300
Trevose, PA  19053

Anesthesia 1-2-3 P.C.
PO Box 570
Lake Forest, IL  60045

Yashar & Morgan, P.C.
829 N. Milwaukee Ave
Chicago, IL  60642

Allied Data Corporation
13111 Westheimer, Suite 400
Houston, TX  77077-5547

Ann Taylor / World Financial N
Po Box 1630
Warren, MI  48090

1st Finl Invstmnt Fund
230 Peachtree St Nw Ste
Atlanta, GA  30303

Allied Interstate LLC
3000 Corporate Exchange Dr. 5th Floor
Columbus, OH  43231

Arrow Financial Services
21031 Network Place
Chicago, IL  60678-1031

Accounts Receivable Management, Inc.
PO Box 129
Thorofare, NJ  08086-0129

Allied Interstate LLC
PO Box 4000
Warrenton, VA  20188

ARS National Services, Inc.
P.O. Box 463023
Escondido, CA  92046-3023

Acute Care Specialists
75 Remittance Dr. Ste 1583
Chicago, IL  60675-1583

Alpine Financial Solutions Inc
3600 S. Beeler Street, Suite 300
Denver, CO  80237

Asset Acceptance Llc
Po Box 1630
Warren, MI  48090

Adventist GlenOaks Hospital
75 Remittance Dr. Ste 3125
Chicago, IL  60675

Ambit
1801 N. Lamar St. Suite 200
Dallas, TX  75202

Asset Acceptance, LLC
PO Box 2036
Warren, MI  48090-2036

Aesthetic Dental LLC
183 Bloomingdale Rd. Suite 102
Bloomingdale, IL  60108

American Coradius International LLC
2420 Sweet Jp,E Rpad. Siote 150
Amherst, NY  14228-2244

Asset Recovery Solutions. LLC
2200 E. Devon Ave., Suite 200
Des Plaines, IL  60018

Afni, Inc.
Po Box 3427
Bloomington, IL  61702

American Tiger Karate Academy
9 Woodcrest Lane
Elk Grove Village, IL  60007

Associated Recovery Systems
PO Box 469046
Escondido, CA  92046-9046

Afni, Inc.
1310 Martin Luther King Drive
Bloomington, IL  61707

Americash Loans
Americash Loans LLC
1590 N. Rand Rd #G
Palatine, IL  60067

AT&T
208 South Akard Street
Dallas, TX  75202

**Ballys**
PO Box 96241
Washington DC, WV 20090-6241

**Bureau Of Collection Recovery**
7575 Corporate Way
Eden Prairie, MN 55344

**Chase Bank Usa N.a.**
8875 Aero Dr
San Diego, CA 92123

**Bank Of America**
8875 Aero Dr
San Diego, CA 92123

**CAC Financial Corp**
2601 NW Expressway, Suite 1000 East
Oklahoma City, OK 73112-7236

**Chase Na**
Po Box 15298
Wilmington, DE 19850

**Bank Of America**
Po Box 982235
El Paso, TX 79998

**Cap One**
Po Box 85520
Richmond, VA 23285

**Chase Receivables**
1247 Broadway
Sonoma, CA 95476

**Bank One NA**
416 W. Jefferson St.
Louisville, KY 40202-3202

**Capital Management Services, LP**
726 Exchange Street; Suite 700
Buffalo, NY 14210

**Chld/cbna**
Po Box 6497
Sioux Falls, SD 57117

**Barclays Bank Delaware**
P.o. Box 8803
Wilmington, DE 19899

**Cavalry Portfolio Serv**
Po Box 27288
Tempe, AZ 85285

**Citibank South Dakota N.a.**
7322 Southwest Fwy Ste 1
Houston, TX 77074

**Barclays Bank Delaware**
8875 Aero Dr
San Diego, CA 92123

**CBCS**
PO Box 163250
Columbus, OH 43216-3250

**Citibank South Dakota N.a.**
8875 Aero Dr
San Diego, CA 92123

**Bay Area Credit Service**
1000 Abernathy Road NE, Suite 195
Atlanta, GA 30328

**Center For Family Medicine**
3360 Lacrosse Lane
Naperville, IL 60564

**Citifinancial**
300 St. Paul Place
Baltimore, MD 21202

**Beneficial Tax Masters**
8771 West 95th
Overland Park, KS 66212

**Cepamerica Illinois LLP**
PO Box 582663
Modesto, CA 95358-0046

**Citifinancial**
300 Saint Paul Pl
Baltimore, MD 21202

**Blatt, Hasenmiller, Leibsker & Moore LLC**
125 South Wacker Dr. Suite 400
Chicago, IL 60606-4440

**Chase**
Bank One Card Serv
Elgin, IL 60124

**Citifinancial Inc**
287 Independence
Virginia Beach, VA 23462

**Blitt And Gaines, P.C.**
661 Glenn Ave.
Wheeling, IL 60090

**Chase - Cc**
Po Box 15298
Wilmington, DE 19850

**City Of Berwyn**
6700 W. 26th Street
Berwyn, IL 60402

Client Services, Inc
3451 Harry S. Truman Blvd
St. Charles, MO  63301-4047

CPS Security Check Division
Compliance Department
PO Box 782248
San Antonio, TX  78230

DML USA
28 East Lake Street
Northlake, IL  60164

CMRE Financial Services, Inc.
3075 East Imperial Highway Suite 200
Brea, CA  92821

Credit Collection Services
Two Wells Avenue
Newton, MA  02459

Dominicks
333 Northwest Avenue
Northlake, IL  60164-1696

Cmre Financial Svcs In
3075 E Imperial Hwy Ste
Brea, CA  92821

Credit Management Lp
4200 International Pkwy
Carrollton, TX  75007

Dsnb Macys
9111 Duke Blvd
Mason, OH  45040

Collectcorp Corporation
455 North 3rd Street, Suite 260
Phoenix, AZ  85004-3924

Credit Protection Asso
13355 Noel Rd Ste 2100
Dallas, TX  75240

Dymacol Incorporated
Collection Agency Division
3070 Lawson Blvd P.O. Box
Oceanside, NY  11572-9017

Comcast
13355 Noel Rd Ste 2100
Dallas, TX  75240

Creditors Financial Group LLC
PO Box 440290
Aurora, CO  80044-0290

Encore Receivable Management Inc.
400 N. Rogers Rd.
Olathe, KS  66063-3330

Comcast Chicago Seconds - 2000
4200 International Pkwy
Carrollton, TX  75007

Creditors Interchange
80 Holtz Drive
Buffalo, NY  14225

Enhanced Recovery Co L
8014 Bayberry Rd
Jacksonville, FL  32256

Comed
10 S. Dearborn Street
Chicago, IL  60603

Diagnostic Radiology Specialists
P.O. Box 4271 Dept H
Carol Stream, IL  60197-4271

Enhanced Recovery Company, Llc
8014 Bayberry Rd.
Jacksonville, FL  32256-7412

Computer Credit Inc
PO Box 5238
Winston-Salem, NC  27113-5238

Diagnostic Radiology Specialists
Department Of Radiology
5145 N. California Ave.
Chicago, IL  60625

EOS CCA
700 Longwater Drive.
Norwell, MA  02061

Control Credit Management
PO Box 1408
Racine, WI  53401-1408

Diversified Adj Services
PO Box 32145
Fridley, MN  55432-0145

Equifax Risk Management Services
11601 Roosevelt Boulevard
St. Petersburg, FL  33716

Convergent Outsourcing, Inc
10750 Hammerly Blvd#200
Houston, TX  77043

Diversified Consultants, Inc.
P.O Box 551268
Jacksonville, FL  32255-1268

ER Solutions, Inc
10750 Hammerly Blvd # 200
Houston, TX  77043

**Fahey Medical Center, S.C.**
**581 Golf Road**
**Des Plaines, IL  60016**

**Ge Capital**
**Po Box 27288**
**Tempe, AZ  85285**

**HC Processing Center**
**Asset Recovery Dept**
**PO Box 829**
**Springdale, AR  72765-0829**

**Financial Credit LLC**
**PO Box 9064**
**Brandon, FL  33509-9064**

**GE Money Bank**
**Attn: Bankruptcy Dept.**
**PO Box 103104**
**Roswell, GA  30076**

**Hccredit/cit**
**Po Box 829**
**Springdale, AR  72765**

**Financial Recovery Services, Inc.**
**P.O. Box 385908**
**Minneapolis, MN  55438-5908**

**GE Money Bank**
**PO Box 981127**
**EL Paso, TX  79998-1127**

**Heller, Shapiro, Frisone Ltd.**
**Attorneys At Law**
**33 N. LaSalle; #1200**
**Chicago, IL  60602**

**Financial Recovery Services,K Inc.**
**P.O. Box 385908**
**Minneapolis, MN  55438-5908**

**Gecrb/tweeter**
**C/o P.o. Box 965036**
**Orlando, FL  32896**

**Homefirst Health Services**
**P.O. Box 59430**
**Chicago, IL  60659**

**First Financial Asset MGMT Inc**
**PO Box 56245**
**Atlanta, GA  30343**

**Geico Casualty Company**
**One Geico Center**
**Macon, GA  31296-0001**

**Houston Funding II Ltd**
**2620 Fountainview #305**
**Houston, TX  77057**

**First Revenue Assurance**
**PO Box 8546**
**Omaha, NE  68108**

**General Electric Capital Corpo**
**625 Pilot Road**
**Las Vegas, NV  89119**

**Hsbc Bank**
**Po Box 5253**
**Carol Stream, IL  60197**

**First Source Advantage**
**205 Bryant Woods South**
**Amherst, NY  14228**

**GEnpact Services LLC**
**PO Box 1969**
**Southgate, MI  48195-0969**

**Hsbc Bank**
**Po Box 9**
**Buffalo, NY  14240**

**Firstsource Advantage**
**PO Box 628**
**Buffalo, NY  14240-0628**

**GMAC Mortgage**
**100 Winter Road**
**Horsham, PA  19044**

**Hsbc Bank Nevada  N.a. Sony Fi**
**625 Pilot Road**
**Las Vegas, NV  89119**

**FMS Inc**
**PO Box 707601**
**Tulsa, OK  74170-7601**

**Harris & Harris Ltd**
**100 S. Wacker Drive, Suite 225**
**Chicago, IL  60606**

**Hsbc Card Services Iii  Inc.**
**287 Independence**
**Virginia Beach, VA  23462**

**FMS Services**
**PO Box 681515**
**Schaumburg, IL  60168**

**Harvard Collection Services, Inc.**
**4839 N. Elston Ave.**
**Chicago, IL  60630**

**Hsbc/bsbuy**
**Po Box 9**
**Buffalo, NY  14240**

Hsbc/carsn
Po Box 15524
Wilmington, DE  19850

Kohls
N56 W17000 Ridgewood Drive
Menomonee Falls, WI  53051

Malcom S. Gerald & Associates, Inc.
332 South Michigan Ave. Suite 600
Chicago, IL  60604

Hsbc/sony
PO Box 703
Wood Dale, IL  60191-0703

Lifetouch National School Studios, Inc.
C/O Commercial Recovery Corporation
P.O. Box 49520
Minneapolis, MN  55449

Med1 02 Cepamerica
914 14th St
Modesto, CA  95353

I.C. System, Inc
444 Highway 96 East, P.O. Box 64887
St. Paul, MN  55164-0887

Lowes
1000 Lowe's Blvd
Mooresville, NC  28117

Medco Financial Associates, Inc.
PO Box 525
Gurnee, IL  60031

ICS Collection Service Inc
PO Box 1010
Tinley Park, IL  60477-9110

LTD Financial Services, L.Pl
7322 Southwest Freeway, Suite 1600
Houston, TX  77074

Merchants & Medical Credit Corporation
6324 Taylor Drive
Flint, MI  48507-4685

Illinois Masonic Medical Center
PO Box 92651
Chicago, IL  60675

Ltd Financial Svcs Lp
7322 Southwest Fwy Ste 1
Houston, TX  77074

Midland Credit Management
8875 Aero Drive; Suite 200
San Diego, CA  92123

Illinos Laboratory Medicine Associates,
PO Box 5966
Carol Stream, IL  60197-5966

Lvnv Funding Llc
625 Pilot Road
Las Vegas, NV  89119

Midland Funding
8875 Aero Dr
San Diego, CA  92123

Infinity Group Receivables
3175 Satellite Blvd. Bldg 600 Ste. 340
Duluth, GA  30096

M3 Financial Services
10330 W Roosevelt Rd S-2
Westchester, IL  60154

Midland Funding LLC
PO Box 60578
Los Angeles, CA  90060-0578

JC Penney
6501 Legacy Dr.
Plano, TX  75024

M3 Financial Services, Inc.
PO Box 7230
Westchester, IL  60154

Miracle Financial Inc
52 Armstrong RD
Plymouth, MA  02360-4807

Jewel Food Stores
150 Pierce Road
Itasca, IL  60143

MacNeal Physicians Group
6425 W. Cermak Rd.
Berwyn, IL  06040-2000

Monarch Recovery Management, Inc.
10965 Decatur Road
Philadelphia, PA  19154-3210

Kmart Stores
3333 Beverly Road
Hoffman Estates, IL  60179

Macneal Physicians Group LLC
6642 Paysphere Circle
Chicago, IL  60674

Morgan & Associates
2601 N.W. Expressway Suite 205 East
Oklahoma City, OK  73112-7229

**MRS Associates Of New Jersey**
1930 Olney Ave
Cherry Hill, NJ  08003

**NCO Financial Systems**
507 Prudential Road
Horsham, PA  19044

**Payco General American Credits, Inc.**
1375 E. Woodfield Ste 110
Schaumburg, IL  60173

**MSW Capital LLC**
641 Lexington Ave. # 24
New York, NY  10022

**Neighborhoo Periodical Club**
653 Northland Blvd
Cincinnati, OH  45240-3215

**Pediatric Management Systems LLC**
30 S. Michigan Suite 503
Chicago, IL  60603

**NAFS**
PO Box 90207
Williamsville, NY  14231-9027

**Nelson, Watson & Associates, LLC**
80 Merrimack Street Lower Level
Haverhill, MA  01830

**Penncro Associates Inc.**
PO Box 538
Oak, PA  19456

**National Enterprise Systems**
29125 Solon Road
Solon, OH  44139-3442

**Newtec Window & Door Mfg.**
3159 W. 36th Street
Chicago, IL  60632

**Peoples Gas**
130 East Randolph Drive
Chicago, IL  60601

**Nationwide Credit Inc**
PO Box 9001719
Louisville, KY  40290-1719

**Nicor Gas**
PO Box 190
Aurora, IL  60507-0190

**Pepboys**
3111 W. Allegheny
Philadelphia, PA  19132

**Nationwide Recovery Systems**
PO Box 702257
Dallas, TX  75730-2257

**Northern Credit Service, Inc**
801 Davis Street Second Floor
Evanston, IL  60201

**Pnc Mortgage**
3232 Newark Dr
Miamisburg, OH  45342

**Navy Federal Cr Union**
One Security Place
Merrifield, VA  22119

**Northland Group Inc.**
P.O. Box 390846
Minneapolis, MN  55439

**Portfolio Rc**
287 Independence
Virginia Beach, VA  23462

**Navy Federal Cr Union**
820 Follin Lane
Vienna, VA  22180

**Ocwen Loan Servicing  Llc**
1499 W Palmetto Park Rd
Boca Raton, FL  33486

**Portfolio Recovery Associates**
287 Independence
Virginia Beach, VA  23462

**Navy Federal Credit Union**
8875 Aero Dr
San Diego, CA  92123

**Omnium Worldwide Inc.**
7171 Mercy Road
Omaha, NE  68106

**Portfolio Recovery Associates LLC**
120 Corporate Blvd
Norfolk, VA  23502

**NCB Management Services Inc.**
PO Box 1099
Langhorne, PA  19047

**Orkin Pest Control**
2000 S. 25th Ave. Ste B
Broadview, IL  60155-2820

**Portfolio Recovery Associates LLC**
120 Corporate Blvd
Norfolk, VA  23541

Praxis Financial Solutions
7331 N. Lincoln Ave. Suite 8
Lincolnwood, IL 60712-1704

Richard A. Snow
Attorney At Law
123 W. Madison; #310
Chicago, IL 60602

Sst/synovus
Po Box 3997
Saint Joseph, MO 64503

Premium Marketing Systems
311 S. Arlington Heights Road
Arlington Heightsq, IL 60005-1995

Richard H. Marcus
Attorneys At Law
P.O. Box 283
Des Plaines, IL 60016

Stanisccontr
914 14th St
Modesto, CA 95353

Protocol Recovery Service Inc
509 Mercer Ave.
Panama City, FL 32401

Rollins Service Bureau
PO Box 13230
Atlanta, GA 30324-9847

Stanislaus Credit Control Service, Inc
914 14th Street PO Box 480
Modesto, CA 95353

Radiology Consultants, LTD
1730 Park Street, Suite 101
Naperville, IL 60563-1290

Sears/cbna
Po Box 6282
Sioux Falls, SD 57117

Stephen & Michaels Associates Inc
PO Box 109
Salem, NH 03079

Ravenswood Health Care
4550 North Winchester
Chicago, IL 60640-5205

Sherman Originator LLC
PO Box 10497
Greenville, SC 29603

Stokes & Clinton
Attorneys At Law
PO Box 991801 1000 Downtowner Blvd
Mobile, AL 36691

Rcs Recovry Services L
1499 W Palmetto Park Rd
Boca Raton, FL 33486

Simplexity
PO Box 25084
Lehigh Valley, PA 18002

Swedish Covenant Hospital
5145 North California Avenue
Chicago, IL 60625

Receivables Performance Management
PO Box 1547
Lynnwood, WA 98046-1547

SKO Brenner American Inc.
40 Daniel Street PO Box 230
Farmingdale, NY 00000

T-mobile
8875 Aero Dr
San Diego, CA 92123

Receivables Performance Management
20816 44th Avenue W
Lynnwood, WA 98036

Sound And Spirit Music Club
3070 Lawson Blvd PO Box 9017
Oceanside, NY 11572-9017

Target N.b.
Po Box 673
Minneapolis, MN 55440

Redline Recovery Services, LLC
11675 Rainwater Dr. Suite 350
Alpharetta, GA 30009-8693

SouthwestCredit
4120 International Pkwy, Suite 1100
Carrolton, TX 75007-1958

Target National Bank
8875 Aero Dr
San Diego, CA 92123

RGS Collections
PO Box 852039
Richardson, TX 75085-2039

Sprint
8014 Bayberry Rd
Jacksonville, FL 32256

Tate & Kirlin Associates
2810 Southampton Road
Philadelphia, PA 19154-1207

Telecheck Recovery Services, Inc.
P.O. Box 17450
Denver, CO  80217-0450

Walgreens
22215 Network Place
Chicago, IL  60673-1222

Thd/cbna
Po Box 6497
Sioux Falls, SD  57117

Watermark Physician Services
10330 W Roosevelt Rd S-2
Westchester, IL  60154

The CBE Group Inc
131 Tower Park Dr. Suite 100 PO Box 2547
Waterloo, IA  50701-2547

Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD  21701

The Children's Memorial Medical Center
Suite 92611
75 Remittance Drive
Chicago, IL  60675-2611

West Asset Management
PO Box 2348
Sherman, TX  75091-2348

The Roomplace / World Financia
Po Box 1630
Warren, MI  48090

Westlake Hospital
3075 E Imperial Hwy Ste
Brea, CA  92821

Tnb - Target
C/o Target Credit Services
Minneapolis, MN  55440

WFNNB/Roomplace
Bankruptcy Department
PO Box 182125
Columbus, OH  43218-2125

Universal Collection Service, Inc.
6405 N. Avondale Ave.
Chicago, IL  60631

Womens Healthcare Connection Of Chicago
Thomas J. Glodek M.D.
2740 W. Foster Ave. Suite 307
Chicago, IL  60625

US Cellular
8410 W. Bryn Mawr; Suite 700
Chicago, IL  60631

World Financial Network Bank
Recovery Department
PO Box 182125
Columbus, OH  43218-2125

Verizon Wireless
Po Box 3427
Bloomington, IL  61702

Victorias Secret / World Finan
Po Box 1630
Warren, MI  48090

B201B (Form 201B) (12/09)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                Case No. _____

Campos, Eduardo Arriaga & Campos, Esmeralda _____  Chapter **7** _____
                          Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____     Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer     petition preparer is not an individual, state
Address:                                                              the Social Security number of the officer,
_____     principal, responsible person, or partner of
                                                                      the bankruptcy petition preparer.)
_____     (Required by 11 U.S.C. § 110.)
X _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

Campos, Eduardo Arriaga & Campos, Esmeralda _____     X */s/ Eduardo Campos*                5/18/2014
Printed Name(s) of Debtor(s)                                         Signature of Debtor                        Date

Case No. (if known) _____             X */s/ Esmeralda Campos*             5/18/2014
                                                                      Signature of Joint Debtor (if any)         Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only